# INCIDENT/OFFENSE REPORT

## NESHOBA COUNTY SHERIFF'S OFFICE

| INCIDENT NO. **13-00271** | RESPONSIBLE AGENCY **NESHOBA COUNTY SHERIFF'S OFFICE** | STATUS **Cleared by Arrest** | CALL NO. |
|---|---|---|---|

| REPORTED INCIDENT/OFFENSE **ASSAULT  AGGRAVATED** | REPORTED DATE **05/28/2013** | ☐ NCIC Check Made ☐ DUI Offense |
|---|---|---|

| ACTUAL INCIDENT/OFFENSE **ASSAULT  AGGRAVATED** | FROM Date/Time **05/28/2013 - 00:00** | TO Date/Time **06/03/2013 - 00:00** |
|---|---|---|

| OFFENSE LOCATION/FIRM **NESHOBA COUNTY JAIL** | LOC. TYPE | DISTRICT **NOT APPLICABLE** | GRID |
|---|---|---|---|

| ADDRESS **920 CHESTNUT STREET** | APT. NO. | CITY **PHILADELPHIA, MS 39350** |
|---|---|---|

| COMPLAINANT **LUKE, CHRISTOPHER CHARLES** **1003 EAST MYRTLE ST - PHILA, MS  39350-** | HOME PHONE **601-416-9407** | EMPLOYER **UNEMPLOYED** | WORK PHONE |
|---|---|---|---|

**M.O. / EVIDENCE**

WEATHER CONDITIONS
☐ Hot  ☐ Clear
☐ Raining  ☐ Cloudy
☐ Snowing  ☐ Foggy

STRUCTURE OCCUPANCY
**Not Applicable**

HOW DONE

Weapons/Tools Used :

Force Used :

Other Trademarks :

EVIDENCE GATHERED

**NO EVIDENCE GATHERED**

### INVOLVED PERSON(S)

| HOW INVOLVED | NAME | ADDRESS | PHONE NO. |
|---|---|---|---|
| Victim | LUKE, CHRISTOPHER CHARLES | 1003 EAST MYRTLE ST - PHILA, MS  39350- | 601-416-9407 |
| Offender | SMITH, WILLIAM J | 105 ST.FRANCIS APT 19 - PHILADELPHIA, MS  39350- | 601-504-0492 |

| DISPOSITION OF PROPERTY : | TOTAL VALUE : | $ 0.00 |
|---|---|---|

Officer(s) Involved :  **Primary-N1  WADDELL, TOMMY, Primary-N20  REID, JIMMY, Primary-  HARVEY HICKMAN, Primary-  NICK WALKER**

Investigator Assigned :  **N3  - SCIPLE, RALPH**                              CID

| CASE FILED | THIS CASE IS | | APPROVED BY |
|---|---|---|---|
| Yes ☒ | Cleared by Arrest ☒  Unfounded ☐ | | |

EXHIBIT **A**

# INCIDENT REPORT - NARRATIVE

### NESHOBA COUNTY SHERIFF'S OFFICE

| INCIDENT NO. **13-00271** | INCIDENT DATE/TIME **05/28/2013/00:00** | **ASSAULT  AGGRAVATED** |
| --- | --- | --- |

On 05-28-13 we were called into the booking area where the jailers were having problems with an inmate. When we arrived in the booking area Officers Hickman and Walker were having to manhandle Chris Luke where he was fighting and bitting them. Chris was finally subdued. Before that jailers were sent to the cell block where Chris Luke was laying on the floor unconscious and while Officers Hickman and Walker were helping him out of the cell block Luke started fighting them and it lead on into the booking area.

  Jimmie Reid viewed the camera system to find out what happed in the cell block and it showed that Chris Luke was talking to someone on the phone and when he hung up he was walking and talking to a black male when William Smith stood up from a table and swung and hit Luke in the head and Luke hit the floor and did not move.

OFFICER'S SIGNATURE : _____

NESHOBA COUNTY JAIL
920 CHESTNUT STREET
PHILADELPHIA MS 39350

INCIDENT REPORT

REPORT PREPARED BY: _Ofc Harvey Hickmon_   DATE OF REPORT _5-28-13_

NAMES OF PERSONS INVOLVED IN INCIDENT: 1. _Ofc Hickmon_   2. _Walker_

3 _Ofc Guess_   4 _____   5 _____   6 _____

GIVE DETAILS OF INCIDENT

_At 2:45 P.m ofc Crockett call on the radio that a_
_I/m was down in B-block so I ofc Hickmon, Guess an walke_
_responded. The I/m Christopher Luke was Crying and rolling_
_around on the floor, so I ofc Hickmon got the blood pressur_
_machine to check his blood pressure, but he refuse, and_
_ofc Walker ask him to get up, we going to take him I/m Christer_
_Luke to Detox2 so we can watch him, but he starting frighting_
_an ofc Walker spray him._

(please print or type) USE ADDITIONAL SHEET IF NEEDED

LIST ANY CORRECTIVE ACTION OR NECESSARY ACTION TO END THE INCIDENT

_Spray with mace and Hand cuff._

SIGNATURE OF PERSON MAKING REPORT: _Harvey J Hickmon_   Date _5-30-13_

REPORT SUBMITTED TO: _mr Rimary Reiel N-26_   DATE _5-30-13_

INCIDENT REPORT ADDITIONAL SHEET

I ofc an Walker pick up I/m C. Luke an took him to
Detox 2. when we put I/m Luke in Detox2 ofc Walker
said clean I/m Luke up by giving him a Shower. when we
got I/m Luke in there he swang and hit ofc Walker I had to
take I/m Luke down. so we put I/m Luke back in Detox 2
and try ta take the handcuff of him he frought agian
an franly we had to cut the handcuff off of I/m Christopher
Luke.

NAME AND DATE ON FRONT PAGE_____ DATE_____

REPORTED BY: _____

NESHOBA COUNTY JAIL
920 CHESTNUT STREET
PHILADELPHIA MS 39350

Page
(i)

INCIDENT REPORT

Time = 2:45 p.m

REPORT PREPARED BY: Nicholas A. Walther          DATE OF REPORT 5-28-13

NAMES OF PERSONS INVOLVED IN INCIDENT: 1. Ofc walker     2. Ofc Hickman

3. Ofc Guess          4. Ofc Crockett     5          6

GIVE DETAILS OF INCIDENT

On the above date and time. I officer walther and officers Hickman,
Guess responded to a call from the controll room by officer Crockett
stating "Their is a inmate on the ground in B zone." As we came to
check on the individual. We realized it was inmate Christopher luke.
I asked him was he okay. Inmate christopher luke responded yes
but he was crying and rolling around side to side. Ofc Hickmen
brought the blood pressure cuff to check his blood perssure but he
refused and started to yell and came combative. I asked Inmate
christopher luke to get up and lets go to booking and check you

(please print or type) USE ADDITIONAL SHEET IF NEEDED

LIST ANY CORRECTIVE ACTION OR NECESSARY ACTION TO END THE INCIDENT

I sprayed mace on a towel. To help bring him around due
to see if he was unconscious, I had to spray him for control due
to the fact of him biting an officer, He was hand cuffed.

SIGNATURE OF PERSON MAKING REPORT: Nicholas A. Walker     Date 5-30-13

REPORT SUBMITTED TO: Jimmy Bird N-20     DATE 5-30-13

Page
②

INCIDENT REPORT ADDITIONAL SHEET

out. I helped inmate christopher luke up and we started to leave B-zone. When we approach the door. I was behind him. Inmate christopher luke saw how close I was to him and started to throw elbows at me from behind him. From left to right. Me and officer Hickman took him down. I yelled out to inmate christopher luke "stop fighting!" As I move to get a better position for a arm bar. Ofc Guess move in to controll the top half of inmate christopher luke body. Inmate christopher luke saw that ofc Guess was near his face and bit ofc Guess hand. At this point I realized that inmate christopher luke will do anything to get loose, so I sprayed inmate christopher luke with my mace in his eyes. That help us with gain a little more control due to the fact he couldn't see anymore hands or any body parts to bite. At this time inmate christopher luke still refused to go and kept resisting. After 5 to 10 minutes of trying to subdue inmate christopher luke. We manage to pact one side of handcuffs on one wrist but due because of his combativeness and resisting he manage to latch the other side on the same wrist so we couldn't handcuff him. So we had to use another pair. Once we got him "inmate christopher luke" in retraints. He didn't want to walk so me and ofc Hickman curryed him to detox two. Since he was sprayed with mace. I told inmate christopher luke. I need to wash your face off and you need to take a bath; to get the

NAME AND DATE ON FRONT PAGE _Nicholas A. Walker_    DATE _5-30-12_

REPORTED BY: _Nicholas A. Walker_

INCIDENT REPORT ADDITIONAL SHEET

Page
③

Mace out your eyes. As inmate christopher luke came out of
detox two. He was still mad but complaint. ofc Hickman came in the
bath room with me as well. As soon As I turn the water towards inmate
christoper luke. He came out and swung with the hand with the
handcuffs and hit me on my right wrist. Ofc Hickman took him
down. Me and ofc Hickman realize he still wants to fight, so we
put him back in detox two. But we still have to get the handcuffs
off his wrist because knew he realize he can use it for a weapon.
Ofc Hickman and I went in to get them off but both key hole
was facing each other and the key couldn't get in to unlock the
cuffs. It's was hard enough to get to that point because inmate
christopher luke refused to stand down. He kept fight back. We
tried getting the bolt cutters but by him fight back. It wouldn't
be safe. In the process of Me ofc Hickman, ofc Guess trying
to get it off. He bit me on my right hand. We decided to
stop and wait for further instructions from Jimmy Reid. ⊘
End of Report

NAME AND DATE ON FRONT PAGE _Nicholas A. Walker_   DATE _5-30-13_
REPORTED BY: _____

NESHOBA COUNTY JAIL
920 CHESTNUT STREET
PHILADELPHIA MS 39350


INCIDENT REPORT


REPORT PREPARED BY: _Jimmy H. Reid N-20_        DATE OF REPORT _5-30-13_

NAMES OF PERSONS INVOLVED IN INCIDENT: 1. _Chris Luke_    2 _Off. N. Walk_

3 _Off. B. Guess_   4 _Off. H. Hickman_   5 _Off. A. Crockett_   6 _____

GIVE DETAILS OF INCIDENT

On 5-28-13 around 1445 hrs, Off Crockett called and told me that the other officers were fighting with an inmate trying to get him under control. I went to B-Block and found Officers Hickman, Walker and Guess on the floor with an inmate that I soon learned to be Chris Luke Chrismas fighting the officers and would not give them his hand to be restrained. I put my knee into his neck in an attempt to restrain him and tried to get his right arm behind him. He had one half of a pair of

(please print or type) USE ADDITIONAL SHEET IF NEEDED

LIST ANY CORRECTIVE ACTION OR NECESSARY ACTION TO END THE INCIDENT

_____

_____

_____

SIGNATURE OF PERSON MAKING REPORT: _J H Reid N-20_ Date _5-30-13_

REPORT SUBMITTED TO: _____ DATE _____

P-1

INCIDENT REPORT ADDITIONAL SHEET

handcuffs on his right wrist and kept trying to keep that wrist and arm underneath his body. I was trying to talk to Chris in an effort to calm his fear but he continued to fight or struggle with us. I got his foot back out from underneath him, I then realized that he had both half of the cuffs on his right wrist. I tried to uncuff half of the cuffs and learned that he had the key holes facing each other. I was not able to get a key in to unlock the cuffs. By now the Sheriff and Deputy Burt had arrived. Burt gave me a pair of cuffs. I started over on his right wrist and the other officers moved him around so that we could reach his left wrist. He was cuffed and Officer Walker started carrying him out of the cell block. Officer Hickman soon began to assist Officer Walker. Chris Luke was taken to the booking area and put into Detox 2 (the smaller Detox cell). The second set of cuffs were removed from his wrists. I told the jail officers that we would have to try and get him clean up since I could smell that OC Spray had been used in the block. I wasn't sure how much was on Luke because his eyes were opened and he was breathing well enough to keep resisting us. Officer Walker was able to get Chris Luke up and into the shower area. Officer

NAME AND DATE ON FRONT PAGE_____ DATE 5-30-13

REPORTED BY J H Reid N-2

INCIDENT REPORT ADDITIONAL SHEET

Walker soon came to my office and informed me that Chris Luke had stuck him with the pair of handcuffs that were locked on his wrist one. I told Off. Walker that we would have to cut those cuff off before he hurt himself or someone else doing that. I gave Walker a pair of bolt cutters and sent him to get them off of Luke. He came back and told me that Chris Luke would not let them cut the cuffs off and was struggling with them. I told them that the cuff had to come off, I got up and went and asked the Sheriff to come back and see if he would let us get them off. When I went to the detox cell, Chris Luke was on the floor and appeared to be asleep. I tried to wake him up and finally got an ammonia cap and put it under his nose. He responded to that and got it under him and put his head back down. I told the jail officers that we would go ahead and cut the cuffs off of him while he wasn't fighting. Myself, Off Guess and Hickman started trying to get the cuffs off. I called Chris by name and told him not to fight me. I then told him that I had to get the cuffs off of him and for him to hold his arm out. He held his arm out and I held his arm. Off Guess cut the hinged cuffs off of him and Off Hickman took his key

NAME AND DATE ON FRONT PAGE_____ DATE  5-30-13

REPORTED BY: JH Reid N-20

INCIDENT REPORT ADDITIONAL SHEET

and removed the two balls from his wrist. He wasn't really very responsive at that point. I told the jailer that he was acting like he had a seizure. Off. Walker stated that he knew exactly what he was doing in the block when he hit Walker and Off. Guess. I told them that they had to keep a close eye on him regardless, because I had never known Chris to act anything like this. I contacted Chief Cox and told him what had occurred with Chris and that he wasn't acting normal. I told Chief Cox that they would need to come and check on him because he was their prisoner. Bill said that he would send someone. As I left the nurses station a few minutes later, I saw Chris standing at the door of the detox cell. He appeared very shaky on his feet and I told him to go sit down before he fell down. He made his way to the back of the cell and sat down. In just a few minutes CPT Rofee came to the jail to check on him. I told Rofee that he had just been standing up but I had him sit down. CPT Rofee tried to talk to Chris from the door. Chris had laid back down on the floor and appeared unresponsive. I took another ammonia cap into the cell and placed it under Chris' nose. He responded

NAME AND DATE ON FRONT PAGE_____   DATE 5-30-13

REPORTED BY: J H Reid N-20

INCIDENT REPORT ADDITIONAL SHEET

to the ammonia and CPT Refie was able to talk to him for a few minutes. Refie then called Chief Cox. Refie told Chief Cox that he would be alright. He then left the jail. I told the jail staff to continue to keep a close watch on Chris Luke throughout the evening and be sure to pass the information of this incident on to the oncoming shift at 2300hrs. I called the jail around 2000hrs to check on him. I was told that the mall officers had been able to get Chris to the shower and were getting him cleaned up. I took that as a positive sign. The next morning, I was told that the Police Dept refused or decided against taking Luke to court because he wasn't acting right. I went to the cell that Chris was in on Wednesday afternoon around 1600 hrs. I was able to talk to Chris and he talked to me. He asked about getting a bond and I told him that I didn't think the judge would allow him a bond since he was already out on a bond. I told him that his father had talked to the court and had been here to check on him. He asked where Danny Luke was at and I told him that he wasn't here right now but had been here. I asked him how he was feeling and he told me that he had a bad headache. I asked if he had received

NAME AND DATE ON FRONT PAGE_____ DATE 5-30-13

REPORTED BY: _J H Reid N-20_

P-5

INCIDENT REPORT ADDITIONAL SHEET

any medicine for the headache. He said, no. I asked the jail staff and nobody had given him any tylenol or other pain relief. I got him two tylenol and gave them to him at his request. He took them while I was there. Upon leaving the jail, Mr. Luke drove up and I told him that Chris was able to talk to to me but that he still didntt see like himself. I told Mr. Luke that I was going to have JHR the nurse check him when she came in on Thursday morning. On thursday morning, I asked Sonya Rainey to go to the isolation cell and check on Chris Luke. After doing so, she contacted the Police Department and informed them to have someone come and get him checked out. SSG Danny Carter came to the jail and the nurse told him that he had to be checked out. Danny told her that he had to call Chief Cox before doing that. Nurse Rainey told him that was who she tried to speak to when he got sent over. Danny contacted the pd or Chief Cox and it was decided to have EMS come to the jail to check on Chris Luke. I was in the booking area when EMS came in and went with them to check on him. Chris didntt see very responsive when they were talking to him. His blood sugar and blood pressure were within normal limits and

NAME AND DATE ON FRONT PAGE _____ DATE 5-30-13

REPORTED BY: J H Reid N-20

p-6

INCIDENT REPORT ADDITIONAL SHEET

EMS advised that it was up to the (PD) whether they wanted him transported. While the PD was trying to decide what to do, I told EMS that Chris had been acting this way since being involved in an altercation on Tuesday. One of the medics asked me if he always stuttered when he talked. I told them that he did not usually act this way. The other medic seemed to take notice of that and began to feel on Luke's head. He stated that it was a sign of a possible skull fracture and that he needed to be taken to the ER to be evaluated. The PD agreed to that and EMS loaded him up and transported him. Luke was able to stand and get on the stretcher. Later, I was contacted by Chief Cox and told they were going to release him on a Re Cog bond that he was going to require more testing. They sent someone to the jail to get the bond for and later brought it back. I went and reviewed the tape and observed William Smith assault Chris Luke. The behavior seen in Luke started at that point as best I could tell.
    Nothing Follows

NAME AND DATE ON FRONT PAGE＿＿＿＿＿＿＿＿＿＿  DATE 5-30-13

REPORTED BY:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

NESHOBA COUNTY JAIL
920 CHESTNUT STREET
PHILADELPHIA MS 39350


INCIDENT REPORT

Time - 245 PM

REPORT PREPARED BY: _Billy R Guess_          DATE OF REPORT _5-28-13_

NAMES OF PERSONS INVOLVED IN INCIDENT: 1. _Ofc Guess_    @ _Ofc Walke_

3 _Ofc Hickmon_  4 _____  5 _____  6 _____

GIVE DETAILS OF INCIDENT

_On 5-28-13 around 245pm. Ofc Crockett_
_call for someone to come to B-Block. An_
_inmate was down & we need to check on_
_him. Ofc Hickmon, Walker & myself (Ofc Guess)_
_went & check on him. It was Inmate Chris_
_Luke down on the floor he was crying_
_& rolling around in the floor. We were_
_going to check his B/P But he Refused_
_to let it Be check — we put a pcs of_

(please print or type) USE ADDITIONAL SHEET IF NEEDED

LIST ANY CORRECTIVE ACTION OR NECESSARY ACTION TO END THE INCIDENT

_____

_____

_____

SIGNATURE OF PERSON MAKING REPORT: _Billy R Guess_   Date _5-30-13_

REPORT SUBMITTED TO: _Jimmy Reid_ 10-20 DATE _5-30-13_

# NESHOBA COUNTY DETENTION CENTER
## INMATE REQUEST FORM

NOTE: Please print all information.

Name: William Smith                    Cell: B-4

Date: 6-6-13                           Time: 5:05 p.m.

Please check one of the following:

____ Medical          ____ Grievance          ____ Request for Special Visit

✓ Other Mr. Reed, my concern is coming off lockdown. I apologize
And know I was wrong. I really want to see my family this weekend.

BRIEFLY STATE YOUR REQUEST THEN GIVE TO JAIL OFFICER

I would like to come out and interact with others
please. I will take this as a lesson learned. I promise not to ask
for anything like this. Also, I have my word. And
here another pop out on me for as long as I am here in your jail

DO NOT WRITE BELOW THIS LINE--FOR REPLY ONLY

All Inmate Request Forms will be routed through the shift
supervisor to the Jail Administrator for disposition.

Copies to: ____ Inmate
           ____ Inmate File
           ____ Disciplinary Hearing Board
           ____ Other _____

Signature of Jail Officer receiving original request:

# NESHOBA COUNTY DETENTION CENTER
## INMATE REQUEST FORM

NOTE:  Please print all information.

Name: William Smith          Cell: B-4

Date: 6-6-18               Time: 5:10 p.m.

Please check one of the following:

___ Medical          ___ Grievance          ___ Request for Special Visit

_✓_ Other  Visitation & Lockdown Release

BRIEFLY STATE YOUR REQUEST THEN GIVE TO JAIL OFFICER

Mr. Lead no man is perfect and we all had to think before
we act sometimes, dude, was slamming the phone down because
the someone wouldn't answer for him.  I hollered at that someting
he just flew off the handle and started talking way

DO NOT WRITE BELOW THIS LINE--FOR REPLY ONLY

All Inmate Request Forms will be routed through the shift
supervisor to the Jail Administrator for disposition.

Copies to:  ___ Inmate
            ___ Inmate File
            ___ Disciplinary Hearing Board
            ___ Other _____

Signature of Jail Officer receiving original request:

# NESHOBA COUNTY DETENTION CENTER
## INMATE REQUEST FORM

NOTE: Please print all information.

Name: _William Smith_          Cell: _B-4_

Date: _6-6-13_          Time: _5:13 p.m._

Please check one of the following:

___ Medical          ___ Grievance          ___ Request for Special Visit

_✓_ Other _Mr. Reed._

---

BRIEFLY STATE YOUR REQUEST THEN GIVE TO JAIL OFFICER

_As I asked this late to not slam the phones down cause that's_
_all we have to see back here. He started screaming cussing, calling_
_me this and that saying he hadn't slept in 4 months. I'd be a bad cop_
_emotion which I would effect the guys here are going through too..._
_I've been locked down 4 week. Could you please consider letting me off? Please!!!_

DO NOT WRITE BELOW THIS LINE--FOR REPLY ONLY

_____

_____

_____

_____

All Inmate Request Forms will be routed through the shift
supervisor to the Jail Administrator for disposition.

Copies to:  ___ Inmate
            ___ Inmate File
            ___ Disciplinary Hearing Board
            ___ Other _____

---

Signature of Jail Officer receiving original request:

Date : 05/31/2013                                                                                    Page : 1

# ARREST REPORT

NESHOBA COUNTY SHERIFF'S OFFICE

**ARREST NO. : 2013040007**                                                    **CASE NO. :**

| NAME OF PERSON ARRESTED | ALIAS OR NICKNAME(S) | | ARREST DATE |
|---|---|---|---|
| **SMITH, WILLIAM J** | | | **04/01/2013** |

| ADDRESS OF SUSPECT | OCCUPATION | TIME |
|---|---|---|
| **105 ST.FRANCIS APT 19 - PHILADELPHIA, MS 39350-** | | **22:10** |

| SOCIAL SECURITY NO | STATE | DRIVERS LICENSE NUMBER | TYPE | EXPIRES / / | CITIZENSHIP US | BUILD Large | BIRTH DATE | RIGHT THUMB |
|---|---|---|---|---|---|---|---|---|

| AGE 26 | RACE BLACK | SEX Male | EYES BRO | HAIR BLK | LENGTH SHORT | HEIGHT 6' 5" | WEIGHT 227 | BIRTH PLACE JACKSON | | MAR.STAT |
|---|---|---|---|---|---|---|---|---|---|---|

| WHERE ARRESTED **PEARL ST** | HOW ARREST MADE **On View** | COURT | | MAR.STAT |
|---|---|---|---|---|

| WEAPON (IF ARMED) | GANG | [ ] Drunk      [ ] Cursed      [ ] Spit at Officers |
|---|---|---|
| | | [ ] Drinking    [ ] Resisted     [ ] Under Influence/Drugs |

| OFFENSE(S) SUSPECTED OR CHARGED **WARRANT** | OFFENSE DATE **04/01/2013** | FILE NUMBER **7396** |
|---|---|---|

| VEHICLE INVOLVED | YEAR | MAKE & MODEL | STYLE 0 | COLOR | LICENSE NO. | STATE |
|---|---|---|---|---|---|---|

| PREVIOUS ARREST(S) | OTHER PERSONS ARRESTED FOR SAME OFFENSE |
|---|---|
| 2013040007 - 04/01/2013 thru / /   For :WARRANT | |
| 2013010046 - 01/10/2013 thru 03/08/2013 For :WARRANT:FELONY SALE OF CRACK COCAINE | |

| PROPERTY PLACED IN PROPERTY ROOM | | VALUE |
|---|---|---|

| NAME OF COMPLAINANT | ADDRESS | BEST PHONE | OTHER PHONE |
|---|---|---|---|

| WITNESSES NAME: | BEST CONTACT ADDRESS | AGE | BEST PHONE | OTHER PHONE |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | BEST PHONE | OTHER PHONE |

| STATUTE CODE | CHARGE DESCRIPTION | DISPOSITION | FINE | BOND |
|---|---|---|---|---|
| 1111 | WARRANT-FTP $310.00 | Open | $ 310.00 | $ 0.00 |
| 1111 | STRONG ARM ROBBERY | Open | $ 0.00 | $ 5,000.00 |
| 1111 | SALE OF CRACK COCAINE | Open | $ 0.00 | $ 5,000.00 |

**OFFICER'S NARRATIVE**

ON MARCH 4,2013 AT 1630 HRS CJ'S BAIL BOND SURRENDERED THE BOND ON WILLIAM SMITH CHARGES OF SALE OF CRACK COCAINE.HE MUST REMAKE BOND ON THIS CHARGE.@E.M.

| ARRESTING OFFICER **BRACKETT, DAVID** | REPORT MADE BY | FINAL DISPOSITION **OPEN** |
|---|---|---|

# NESHOBA COUNTY SHERIFF'S OFFICE

## INFORMATION SHEET



NAME : **CHRISTOPHER CHARLES LUKE**

ALIAS(ES) :

D.O.B. : ███████          SOC. SEC. NO. : ███████

AGE : **34**          SEX : **MALE**

RACE : **WHITE**

HEIGHT : **5' 11"**   WEIGHT : **185**   MARITAL STATUS : **M**

HAIR COLOR : **BRO**          HAIR LENGTH : **SHORT**

EYE COLOR : **GRN**          SKIN COLOR : **OLV**

GLASSES/CONTACTS : **YES**   MOUSTACHE : **NO**   BEARD : **NO**

DRIVERS LICENSE NO. :          STATE :          CLASS :

RELIGIOUS PREFERENCE :   NATIONALITY : **US**   FILE NUMBER : **2916**

LAST KNOWN ADDRESS : **1003 EAST MYRTLE ST**

**PHILA, MS   39350-**

MARKS/FEATURES :

OCCUPATION :

EMPLOYER/SCHOOL : **UNEMPLOYED**

EMPLOYER'S ADDRESS :

# ARREST REPORT

NESHOBA COUNTY SHERIFF'S OFFICE

**ARREST NO. : 2013050234**

**CASE NO. :**

| NAME OF PERSON ARRESTED | ALIAS OR NICKNAME(S) | ARREST DATE |
|---|---|---|
| LUKE, CHRISTOPHER CHARLES | | 05/25/2013 |

| ADDRESS OF SUSPECT | OCCUPATION | TIME |
|---|---|---|
| 1003 EAST MYRTLE ST - PHILA, MS 39350- | | 02:43 |

| SOCIAL SECURITY NO | STATE | DRIVERS LICENSE NUMBER | TYPE | EXPIRES / / | CITIZENSHIP US | BUILD Medium | BIRTH DATE | RIGHT THUMB |
|---|---|---|---|---|---|---|---|---|

| AGE 34 | RACE WHITE | SEX Male | EYES GRN | HAIR BR | LENGTH SHORT | HEIGHT 5' 11" | WEIGHT 185 | BIRTH PLACE NESHOBA |
|---|---|---|---|---|---|---|---|---|

| WHERE ARRESTED | HOW ARREST MADE On View | COURT | | MAR.STAT M |
|---|---|---|---|---|

| WEAPON (IF ARMED) | GANG | [ ] Drunk    [ ] Cursed    [ ] Spit at Officers |
|---|---|---|
| | | [ ] Drinking    [ ] Resisted    [ ] Under Influence/Drugs |

| OFFENSE(S) SUSPECTED OR CHARGED HOLD FOR PD86 | OFFENSE DATE 05/25/2013 | FILE NUMBER 2916 |
|---|---|---|

| VEHICLE INVOLVED | YEAR | MAKE & MODEL | STYLE 0 | COLOR | LICENSE NO. | STATE |
|---|---|---|---|---|---|---|

| PREVIOUS ARREST(S) | OTHER PERSONS ARRESTED FOR SAME OFFENSE |
|---|---|
| 2013050234 - 05/25/2013 thru 05/30/2013 For :HOLD FOR PD86 | |
| 2013030061 - 03/11/2013 thru 03/13/2013 For :  HOLD FOR #86 SMITH | |
| 2012110051 - 11/10/2012 thru 11/11/2012 For :RESISTING ARREST, POSS.OF PARAPR., | |

| PROPERTY PLACED IN PROPERTY ROOM | VALUE |
|---|---|

| NAME OF COMPLAINANT | ADDRESS | BEST PHONE | OTHER PHONE |
|---|---|---|---|

| WITNESSES NAME: | BEST CONTACT ADDRESS | AGE | BEST PHONE | OTHER PHONE |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | BEST PHONE | OTHER PHONE |

| STATUTE CODE | CHARGE DESCRIPTION | DISPOSITION | FINE | BOND |
|---|---|---|---|---|
| 1111 | POSS OF METH | Bond | $    0.00 | $    0.00 |

**OFFICER'S NARRATIVE**

5-28-13 PPD CAPT Dan Refre came an check on i/m Christopher Luke and dincline to do anything for him. HH

Court was 5/29/2013 but he didnt go.. Bond was denied.... lyon

05-30-12 @ 1023 ems came  and checked  inmate  christopher  luke , they took him to the er - at            neshoba  general    to be looked at . (bg)

| ARRESTING OFFICER WILLIS, JULIAN | REPORT MADE BY | FINAL DISPOSITION CLOSED |
|---|---|---|

**Affidavit in State cases**

**State of Mississippi,**
**Neshoba County**


     Personally appeared before me, Ralph Sciple who makes oath that William J. Smith on or about the 28th day of May 2013 did in said county purposely, knowingly and feloniously cause serious bodily injury to Christopher Charles Luke by hitting hit in the head with his fist while Luke was not looking causing two brain bleeds while both were incarcerated in the Neshoba County Jail thereby manifesting extreme indifference to the value of human life
against the peace and dignity of the State of Mississippi.
97-3-7(2)(a)


Sworn to and subscribed before me this the _3_ day of June, 2013

Suspect
William J. Smith
105 Saint Francis Drive
Philadelphia, MS 39350
SSN: 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
DOB: 08-04-1986
B/M

Victim
Christopher Charles Luke
1003 East Myrtle Street
Philadelphia, MS 39350