# In the Matter of:

## *CHRISTOPHER LUKE*
## *vs.*
## *NESHOBA COUNTY, MISSISSIPPI, et. al.*

---

## *CHRISTOPHER LUKE*

## *February 26, 2015*

---



ORIGINAL

**MERRILL CORPORATION**

**LegaLink, Inc.**

311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

EXHIBIT "C"

CHRISTOPHER LUKE        February 26, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHRISTOPHER LUKE                                    PLAINTIFF

VS.                    CIVIL ACTION NO. 3:14cv-240-DPJ-FKB

NESHOBA COUNTY, MISSISSIPPI, ET AL.            DEFENDANTS

---

DEPOSITION OF CHRISTOPHER LUKE


Deposition Taken at the Instance of
The Defendants
In the Offices of
Waller & Waller
Jackson, Mississippi
On Thursday, February 26, 2015
Commencing at 2:03 p.m.

---

APPEARANCES:
    Bob Waller, Esq.
    Waller & Waller
    220 South President Street
    Jackson, Mississippi  39201
    Telephone:  (601) 354-5252
            REPRESENTING PLAINTIFF

    Steven J. Griffin, Esq.
    Daniel, Coker, Horton & Bell, PA
    4400 Old Canton Road, Suite 400
    Jackson, Mississippi  39211
    Telephone:  (601) 969-7607
            REPRESENTING DEFENDANTS

REPORTED BY:
    Lori P. Gallaspy, RPR, CSR #1630
    Merrill Corporation
    4400 Old Canton Road, Suite 160
    Jackson, Mississippi 39211
    Telephone:  (601) 366-9676

CHRISTOPHER LUKE      February 26, 2015

1                              I N D E X

2     Examination by Mr. Griffin ......................3
      Certificate of Reporter  .......................68
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CHRISTOPHER LUKE      February 26, 2015

1                    CHRISTOPHER LUKE,

2    having first been duly sworn, testified as follows:

3                        EXAMINATION

4    BY MR. GRIFFIN:

5         Q    Could you please state your name for me?

6         A    Chris Luke.

7         Q    And, Mr. Luke, my name is Steven Griffin.   I

8    represent Neshoba County and their employees that have

9    been sued in this lawsuit, and you and I just met.

10                   Have you ever given a deposition before?

11        A    Sir?

12        Q    Have you ever given a deposition before like

13   this?

14        A    No, sir.

15        Q    And one thing, I know that you have some

16   hearing loss.  Correct?

17        A    Yes, sir.

18        Q    And I'm trying to speak as loud as I can so

19   that you can understand everything I say.  And if there's

20   something that I ask you that you don't understand, just

21   let me know, and I can repeat that.

22        A    Yes, sir.

23        Q    Okay.  The deposition today is basically my one

24   time before trial to get to ask you questions about your

25   lawsuit.  This is just like we're in court with a jury

1    listening and a judge up on the bench, but today it's

2    just us sitting around a conference table.  And I'll be

3    asking you a bunch of questions about what happened and

4    what injuries you have and about your background and

5    things like that.

6              One thing that I want to make sure we're

7    clear on is that this lady right here is taking down

8    everything that both of us say, so when you respond to a

9    question, if you could answer out loud so that I know

10   exactly what your response is.

11        A    Yes, sir.

12        Q    Sometimes we like to shake our head or nod our

13   head, and sitting across from you, I know what you're

14   saying.  But I want it to be perfectly clear on the

15   transcript later on.  Okay?

16        A    Yes, sir.

17        Q    Okay.  What's your date of birth?

18        A    Date of birth?  September the 21st of '78.

19        Q    And where do you live?

20        A    I live in Philadelphia.

21        Q    What's your address there?

22        A    My address is 1006 East Myrtle Street.

23        Q    How long have you lived at that address?

24        A    About 20 years.

25        Q    Who all do you live with there?

CHRISTOPHER LUKE      February 26, 2015

```
 1       A     My daddy, mama.

 2       Q     And what's their names?

 3       A     Linda Luke and Danny Luke.

 4       Q     Is that where you lived back in 2013 at the

 5    time of this accident?

 6       A     No, sir.

 7       Q     Where did you live back in May of 2013?

 8       A     1003 East Myrtle Street, right across the road.

 9       Q     And who did you live with there?

10       A     That was my house.

11       Q     Did you live by yourself?

12       A     No, sir, with my wife and kids.

13       Q     What's your wife's name?

14       A     Kim Luke.

15       Q     How long have you and your wife -- are y'all

16    still married?

17       A     Yes, sir.

18       Q     How long have y'all been married?

19       A     Eleven years.

20       Q     And how old are your kids?

21       A     Six, I got one four, and seven.

22       Q     And what does your wife do for a living?  Does

23    she work anywhere?

24       A     No, sir.

25       Q     Has she worked anywhere in the last three
```

CHRISTOPHER LUKE      February 26, 2015

1    years?

2         A    No, sir.

3         Q    Why did you move from the house across the

4    street back with your parents?

5         A    I sold my house.

6         Q    Does your wife and kids also live with you now?

7         A    Yes, sir.

8         Q    So right now you're living with mom, dad, wife,

9    and kids.

10        A    Yes, sir.

11        Q    Okay.  When did you move in with your parents?

12        A    Back in November.

13        Q    Of 2014?

14        A    Yes, sir.

15        Q    Was there any particular reason you sold your

16   house?

17        A    I couldn't pay the payments on it.

18        Q    And why is that?

19        A    I lost my job.

20        Q    And where had you worked before that?

21        A    McKee's Gun & Pawn.

22        Q    Is that in Philadelphia?

23        A    Yes, sir.

24             THE REPORTER:  Repeat that company?

25

CHRISTOPHER LUKE      February 26, 2015

1    BY MR. GRIFFIN:

2        Q    You said McKee's Gun & Pawn.

3        A    Yes, sir.

4        Q    M-C-K-E-E?

5        A    M-C-K-E-E.

6        Q    And how long did you work for McKee's?

7        A    Twenty years.

8        Q    And when did you stop working there?

9        A    It was back in say June of 2013.

10       Q    Would that have been before this incident at

11   the jail or after the incident at the jail?

12       A    It was like I think after.

13       Q    What was the reason you stopped working at

14   McKee's?

15       A    I was a hour late.

16       Q    And that's an hour late for what?

17       A    Work.

18       Q    So you were fired?

19       A    Yes, sir.

20       Q    Was that the only reason that you were let go?

21       A    Yes, sir.

22       Q    Who was your supervisor at McKee's?

23       A    The owner, Shirley McKee.

24       Q    Shirley?

25       A    (Nods head affirmatively.)

CHRISTOPHER LUKE     February 26, 2015

Page 8

1      Q    Had you had any other problems working at
2  McKee's other than that one incident of being late?
3      A    No, sir.
4      Q    And during the 20 years that you worked at the
5  pawnshop, did you have any time where you stopped working
6  for them or worked somewhere else?
7      A    I didn't hear you, sir.
8      Q    At any point during the 20 years that you were
9  with McKee's, was there any point during that time where
10  you left work at that pawnshop to go work somewhere else
11  or just not work?
12      A    No, sir.
13      Q    So you worked continuously for 20 years at the
14  pawnshop.
15      A    Yes, sir.
16      Q    Since leaving work at McKee's Gun & Pawn, have
17  you worked anywhere else since then?
18      A    No, sir.
19      Q    How far did you make it in school?
20      A    School?  Tenth grade.
21      Q    Where did you go to high school?
22      A    Philadelphia.
23      Q    And why did you leave school in the tenth
24  grade?
25      A    I was working, making more money.

1     Q     And where were you working at that time?

2     A     McKee's.

3     Q     Is that when you started working for McKee's?

4     A     Yes, sir.

5     Q     Is there any other reason you didn't finish

6  high school?

7     A     No, sir.

8     Q     Have you taken any college classes?

9     A     No, sir.

10     Q     Or tried to get your GED?

11     A     I tried but I ain't, you know.

12     Q     When you were in school, did you have any

13  special needs classes or special education classes that

14  you took?

15     A     I was in special ed, you know.

16     Q     How many years did you have that?

17     A     One year.

18     Q     Do you remember when that was?

19     A     No, sir.

20     Q     High school?  Middle school?

21     A     High school.

22     Q     Did you have any type of learning disability?

23     A     No, sir.

24     Q     Do you have any kind of professional

25  certifications or licenses?

CHRISTOPHER LUKE       February 26, 2015

Page 10

```
 1        A     License.

 2        Q     Like a professional license?

 3        A     I got a pawnshop license, you know.  I went to

 4  school, you know, for it.

 5        Q     Tell me about that.

 6        A     When I was at the pawnshop, you know, they paid

 7  for the -- every year you had to go to a meeting, like

 8  the whole -- all the pawnshops had to go to a meeting.

 9  They'd all meet at the hotel, you know, tell you how to

10  run the business, you know, how to do it right, teach the

11  customers and all that.

12        Q     Is that something you did every year?

13        A     Yeah.  I'm good at that.

14        Q     Do you still have a pawnshop license?

15        A     Yeah.  I mean, I ain't got the license, you

16  know, I got a certificate, you know.

17        Q     A certificate for going through their program?

18        A     Yes, sir.

19        Q     And do you remember who that was with?

20        A     Pawnbroker.

21        Q     Pawnbroker?

22        A     Yeah, Pawnbroker.

23        Q     Is that a company?

24        A     It's a license, I guess, you know, certificate.

25        Q     Okay.  Do you have a driver's license?
```

CHRISTOPHER LUKE      February 26, 2015

1      A      Driver's license?  Yes, sir.

2      Q      Mr. Luke, do you remember getting some

3    questions that you had to give answers to and sign the

4    answers to the questions maybe a few months ago?

5      A      Yes, sir.

6      Q      And I just wanted to clarify one thing.  It

7    looks like you said that you had worked at McKee's until

8    October of 2012, and I know earlier you had said maybe

9    June of 2013.  Is October 2012, is that right?

10      A      Twelve, yes, sir.

11      Q      And that would've been before this incident at

12    the jail?

13      A      Yes, sir.

14      Q      Does that refresh your memory on that?

15      A      A little.  I can't keep up with years.

16      Q      I understand.  And it's been several years

17    since then.  I just wanted to be clear on when that was

18    that you left work at McKee's.  But you think it was

19    October 2012?

20      A      Yes, sir.

21      Q      Okay.  What all duties and responsibilities did

22    you have at McKee's?

23      A      I have?

24      Q      When you worked at McKee's, what all did you do

25    for them?

CHRISTOPHER LUKE      February 26, 2015

Page 12

1       A    I done everything.  I was running the store.  I

2   was a manager, a salesman, I give the loans out.  You

3   know, if somebody comes in, you know, if you want to pawn

4   a ring or something, I'll tell you what I'll give on it,

5   or if you come in with a gun, you know.

6       Q    And how much did you make while you were

7   working there?

8       A    Eighteen dollars a hour.

9       Q    That's how much you were making when you left?

10      A    Yes, sir, $18 a hour.  I started off with $10 a

11  day.

12      Q    And how many hours a week were you working?

13      A    Probably fifty hours.

14      Q    And I may have asked you this earlier, but did

15  you have any other jobs besides working at McKee's?

16      A    No, sir.

17      Q    Is McKee's the only place you've ever worked?

18      A    Yes, sir.

19      Q    What's your parents' names?

20      A    Parents' names is Linda Luke and Danny Luke.

21      Q    And what do they do?

22      A    My daddy works at the grocery store.  He's

23  produce.

24      Q    Which grocery store is that?

25      A    Vowell's.

CHRISTOPHER LUKE      February 26, 2015

Page 13

1      Q     And what about your mom?

2      A     She don't work.

3      Q     All right.  When you get sick with like the

4  cold or flu or something like that, who's your family

5  doctor that you go to?

6      A     Doctor I go to?  I go to the hospital, you

7  know, the emergency room.

8      Q     Is that at Neshoba County Hospital?

9      A     Yes, sir.

10      Q     You don't have a family doctor you go to just

11  for when you get a cough or fever or something like that?

12      A     Just go to the hospital.

13      Q     Okay.  Is there any particular reason you go to

14  the hospital as opposed to a doctor's office?

15      A     Just --

16      Q     That's just what y'all have always done?

17      A     That's what I done, yes, sir.

18      Q     Is there a certain pharmacy that you go to?

19      A     Brown's.

20      Q     Is that in Philadelphia?

21      A     Yes, sir.

22      Q     Before this incident in May of 2013, had you

23  ever broken any bones before?

24      A     Sir?

25      Q     Had you ever had any broken bones before?

CHRISTOPHER LUKE      February 26, 2015

```
 1        A    No, sir.
 2        Q    In your discovery responses you mentioned
 3   something about having a seizure disorder.
 4        A    Yes, sir.
 5        Q    Are you on any medication now for a seizure --
 6        A    No --
 7        Q    -- disorder?
 8        A    -- sir.
 9        Q    That's no?
10        A    No, sir.
11        Q    How long has it been since you took medicine
12   for a seizure disorder?
13        A    Since I was about 5 years old.  I was young.
14        Q    So nothing recent on that.
15        A    No, sir.
16        Q    Have you had any problems with seizures since
17   you were --
18        A    No, sir.
19        Q    A young child?
20        A    No, sir.
21        Q    And one thing that may help us is, since she's
22   taking everything down, if you'll let me finish my
23   question before you give your answer, that'll help her
24   out and make sure we don't talk over each other.
25        A    Yes, sir.
```

CHRISTOPHER LUKE     February 26, 2015

1    Q    And I'll do the same thing for you too.

2    A    Yes, sir.

3    Q    All right.  And I know you have some hearing

4    loss.  Do you have hearing aids in today?

5    A    No, sir.

6    Q    Do you have hearing aids?

7    A    No, sir.

8    Q    Have you ever been prescribed hearing aids?

9    A    No, sir.  I tried to go get some, but, you

10   know, I ain't got the money for them.

11   Q    Where have you tried to get hearing aids

12   before?

13   A    The ear doctor.  Mr. House.

14   Q    And before the deposition today, your attorney

15   gave us some records from a visit you had yesterday.

16   A    Yeah.

17   Q    And that's here in Jackson.

18   A    Uh-huh.

19   Q    Is that yes?

20   A    Yes, that's in Jackson, yes, sir.

21   Q    And is that what you're talking about, how you

22   went to go to the doctor to see about getting hearing

23   aids?

24   A    Yes, sir.

25   Q    Is there any other -- I'm sorry, go ahead.

CHRISTOPHER LUKE     February 26, 2015

```
 1        A     Go ahead.
 2        Q     Is there any other doctor you've been to about
 3   getting hearing aids?
 4        A     Yes, sir.
 5        Q     Who else?
 6        A     It's one over there in -- on east -- on the
 7   east side of Philadelphia.  It's that Hearing Aid.
 8        Q     Do you remember who that is or what facility?
 9        A     That's the name of it, Hearing Aid, you know.
10   It's on the east side on 16 East.
11        Q     When did you go there?
12        A     I'll say about a year ago.
13        Q     And did you have a prescription for hearing
14   aids at that time?
15        A     No.
16        Q     Why weren't you able to get hearing aids from
17   them at that time?
18        A     Money.
19        Q     Are you on Medicaid?
20        A     Medicaid?  No, sir.
21        Q     Or Medicare?
22        A     No, sir.
23        Q     Do you have any health insurance?
24        A     No, sir.
25        Q     Are you on any kind of disability income?
```

CHRISTOPHER LUKE     February 26, 2015

Page 17

```
1      A    No, sir.

2      Q    What sources of income do you have right now?

3      A    None.

4      Q    And your wife has none?

5      A    No, sir.

6      Q    So y'all depend on your parents for providing

7    whatever you need right now.

8      A    Yes, sir.

9      Q    How long has that been the case?

10     A    Since November.

11     Q    In November, that's when you moved in with your

12   parents?

13     A    Yes, sir.

14     Q    Before this incident back in May 2013 at the

15   jail, had you had hearing problems before that?

16     A    No, sir.

17     Q    Had you ever been treated for hearing loss

18   before this --

19     A    No --

20     Q    -- incident?

21     A    -- sir.

22     Q    That's no?

23     A    No, sir.

24     Q    Were there any medical problems at all that you

25   were getting treated for before this incident occurred?
```

CHRISTOPHER LUKE      February 26, 2015

```
 1      A     No, sir.

 2      Q     What parts of your body were hurt in this

 3  incident that happened at the jail?

 4      A     My body hurt?

 5      Q     Which parts of your body were hurt?  Like where

 6  did you have injuries?

 7      A     Back behind my neck, behind my ear, and my head

 8  was hurting.

 9      Q     Okay.  And when you say behind your neck and

10  ears, which side are you talking about?

11      A     Sir?

12      Q     Which side are you talking about?

13      A     It was the left side.

14      Q     The left side of your neck?

15      A     Yeah, left side of my ear.

16      Q     And I think maybe that was a little unclear.

17  For the record, you're talking about the left side of

18  your neck?

19      A     Yes, left side.

20      Q     And --

21      A     Behind my ear.

22      Q     Behind your ear.

23      A     Yeah.

24      Q     What about on the right side, anything on the

25  right side?
```

CHRISTOPHER LUKE      February 26, 2015

1      A     No, sir.

2      Q     Any other part of your head was injured in this

3  incident?

4      A     No, sir.

5      Q     Just on the neck behind your left ear.

6      A     Yeah, left ear.

7      Q     And you said that your head was hurting too.

8  Are you talking about like headaches?

9      A     Yeah, headaches.

10      Q     But you're not saying that any other part of

11  your head was injured?

12      A     No, sir, just my left side.

13      Q     Before this incident at the jail back in May of

14  2013, had you had any prior head injuries?

15      A     No, sir.

16      Q     Any prior injuries involving your neck?

17      A     No, sir.

18      Q     What about after this incident at the jail,

19  since then have you had any head injuries?

20      A     No, sir.

21      Q     Any injuries to your neck since the incident?

22      A     No, sir.

23      Q     What about fights, have you been in any fights?

24      A     No, sir.

25      Q     Before this incident?

CHRISTOPHER LUKE      February 26, 2015

Page 20

1        A     No, sir.

2        Q     Any fights since this incident?

3        A     No, sir.

4        Q     All right.  Other than this lawsuit that you

5    filed against Neshoba County, have you been a party to

6    any other lawsuit?

7        A     No, sir.

8        Q     This is your first one?

9        A     Yes, sir.

10        Q     What about workers' comp claims, did you ever

11    file a claim for getting hurt at work?

12        A     No, sir.

13        Q     And have you ever filed for bankruptcy?

14        A     Have I ever filed for bankruptcy?  Yes, sir.

15        Q     When was that?

16        A     I don't know what date.

17        Q     Was it any time in the last ten years?

18        A     Yes, sir.

19        Q     Was it in the last five years?

20        A     Yeah, be about five years, yeah, five to seven

21    years.

22        Q     Are you still in bankruptcy?

23        A     No, sir.

24        Q     When was that resolved?  When did you get out

25    of bankruptcy?

CHRISTOPHER LUKE      February 26, 2015

Page 21

1      A    Like I say, it's been five to seven years ago,

2  so, you know.

3      Q    Did you go all the way through the bankruptcy

4  process?

5      A    Yes, sir.

6      Q    Were you out of bankruptcy before this incident

7  at the jail happened?

8      A    Yes, sir.

9      Q    And have you ever applied for disability or

10  social security or anything like that?

11     A    Tried to, yes, sir.

12     Q    When was that?

13     A    About a year ago.

14     Q    And what was the outcome of that application?

15     A    Sir?

16     Q    Did you send in an application?

17     A    Yes, sir.

18     Q    What was the outcome of that?

19     A    They didn't -- they turned me down.

20     Q    It got denied?

21     A    Yes, sir.

22     Q    Did you have an attorney helping you with that?

23     A    No, sir.

24     Q    And did you appeal after they denied it?

25     A    Sir?

1      Q      Did you appeal after they denied it?

2      A      Yeah, I tried it again, but they denied me

3   again.

4      Q      Is that the only time you've applied for

5   disability?

6      A      Yes, sir.

7      Q      And what was the reason for their denial?

8      A      I guess my hearing or something.  I mean, I

9   really don't know.  My mama and daddy is the one that

10  done it, you know, for me.

11     Q      Okay.  So your parents are the ones that helped

12  you with it?

13     A      Yes, sir.

14     Q      What are the things that you like to do in your

15  spare time, just your hobbies and other things you like

16  to do?

17     A      My hobbies?  I like to fish and, you know, play

18  with the kids, race car.

19     Q      Do you drive a race car?

20     A      I had one.

21     Q      Do you still have a race car?

22     A      No, sir.

23     Q      When did you get rid of it?

24     A      About two years ago.

25     Q      I mean, did you drive in races?

CHRISTOPHER LUKE    February 26, 2015

Page 23

```
 1      A    I didn't get through really building it all,
 2   you know.  I had it ready, but I didn't have the money to
 3   race it, you know.
 4      Q    Had you ever raced before?
 5      A    No, sir.
 6      Q    What happened to it?
 7      A    I sold it.
 8      Q    Any other hobbies or things you like to do for
 9   fun?
10      A    Play with my kids, you know, take them fishing,
11   camping.
12      Q    Do you play any sports?
13      A    Sports?  Karate, I used to do karate.
14      Q    Do you still do that or is that just --
15      A    No, sir.
16      Q    -- when you were younger?
17      A    That was back in '93.  I was state championship
18   in '93.
19      Q    Okay.  So what does an average day today look
20   like for you?  I know you said you're not working right
21   now, but what do you do on a day-to-day basis?
22      A    Nothing.  I help my daddy at the house.  I
23   remodeled his floor, you know, put new floor in.  You
24   know, he buys it, and I put it down, you know.
25      Q    Do you ever help anybody else with, I don't
```

CHRISTOPHER LUKE     February 26, 2015

```
 1    know, what do you call it, remodeling type projects like
 2    that or just your parents?
 3         A    I help Ronnie Jones paint some chairs and
 4    stuff, you know, the one that owns Sonic.
 5         Q    Is he there in Philadelphia too?
 6         A    Yes, sir.
 7         Q    And do you get paid for that or is that just
 8    something you help him with?
 9         A    He pays me for it.
10         Q    But that's not a full-time --
11         A    No --
12         Q    -- position.
13         A    -- it's just like a week.
14         Q    Are you pretty good at that kind of stuff?
15         A    Yes, sir.
16         Q    This is something I ask everybody, but tell me
17    about your arrest history, the times you've been
18    arrested.
19         A    The times I been arrested?  I been arrested
20    four times.
21         Q    When was the first one?
22         A    I'd say back in June or -- I really can't
23    remember the dates or nothing like that.
24         Q    Okay.  Well, let me go through this.  You
25    identified three in your discovery responses.  There's
```

CHRISTOPHER LUKE     February 26, 2015

1    one in November 2012 for possession of paraphernalia and

2    resisting arrest.  Do you remember that?

3         A    Sir?

4         Q    It says November 2012 for possession of

5    paraphernalia and resisting arrest.

6         A    Yes, sir.

7         Q    Where was that at?

8         A    That was in front of the Bumpers -- I mean

9    front of the Burger King.

10        Q    In Philadelphia?

11        A    Yes, sir.

12        Q    And was that the Philadelphia Police

13   Department?

14        A    Yes, sir.

15        Q    And did you have to spend time in jail after

16   that arrest?

17        A    I stayed in jail for I think two days.

18        Q    Whatever happened to those charges?

19        A    I don't know.  I went to court and never did

20   come up on, so.  But I never did have nothing on me.

21   They found that behind the truck, you know.

22        Q    Was it your truck?

23        A    No, sir.

24        Q    It was just the people you were with?

25        A    It was my brother-in-law's truck.

CHRISTOPHER LUKE        February 26, 2015

1        Q     And what's his name?

2        A     Chris Lackey.

3        Q     The next one you had listed was March 2013 for

4   possession of Schedule 1 controlled substance,

5   March 2013?

6        A     Yes, sir.

7        Q     Do you remember what that was for?

8        A     No, sir.

9        Q     Possession of something.

10        A     I don't know, sir.

11        Q     Would that have been in Philadelphia too?

12        A     Yes, sir.

13        Q     Did you spend any time in jail after that one?

14        A     No, sir, just two days.

15        Q     And then the third one you had listed was in

16   May 2013 for possession of controlled substance, May 25,

17   2013.  Is that the arrest that you were in jail for when

18   this accident happened?

19        A     They came to the house for me breaking in the

20   pawnshop they said, but I didn't break in the pawnshop.

21        Q     When you were in the Neshoba County Jail when

22   this incident happened, what were you in jail for?

23        A     I don't know, sir.

24        Q     And I believe it said somewhere that you were

25   there for possession of methamphetamine?

CHRISTOPHER LUKE      February 26, 2015

Page 27

```
 1        A     Yes, sir.

 2        Q     Do you remember that?

 3        A     I don't remember that, sir.

 4        Q     Did anything ever come of those charges?

 5        A     No, sir.

 6        Q     And you said you had been arrested four times.

 7   What was the fourth time you were --

 8        A     Must've only been three times, sir.

 9        Q     Did you have any arrests when you were younger?

10   These are all the past two and a half years or so.

11        A     Yes, sir.

12        Q     Did you have any arrests when you were younger?

13        A     No, sir.

14        Q     Have you ever been convicted of a felony?

15        A     Have I ever?

16        Q     Been convicted of a felony?

17        A     Yes, sir.

18        Q     You have?

19        A     (Nods head affirmatively.)

20        Q     What was that charge for?

21        A     Marijuana.

22        Q     When was that?

23        A     2003.

24        Q     Did you have to serve any time?

25        A     Yes, sir.
```

CHRISTOPHER LUKE      February 26, 2015

Page 28

1     Q     How long did you serve then?

2     A     Two years.

3     Q     Was it for intent to distribute marijuana or --

4     A     Just had marijuana.

5     Q     You had marijuana.

6     A     It was a ounce of marijuana.

7     Q     And where was that --

8     A     Philadelphia, Mississippi.

9     Q     Philadelphia?  Okay.

10                 Any other time that you've been convicted

11    of a felony?

12    A     No, sir.

13    Q     Any other time you've had to serve more than

14    just a couple days in jail?

15    A     No, sir.

16    Q     Was the last time that you were arrested back

17    in May 2013 when you were at the Neshoba County Jail when

18    this incident happened?

19    A     Sir?

20    Q     Have you been arrested at any point since this

21    incident?

22    A     No, sir.

23    Q     Now, it said in the jail records and also in

24    your medical records about methamphetamine use that you

25    had.  Do you have a history of using methamphetamine?

CHRISTOPHER LUKE     February 26, 2015

Page 29

```
 1      A    I have a history?

 2      Q    Yes, sir.

 3      A    I used to.  I'm clean now.

 4      Q    That's good.  How long has it been since you

 5  stopped using meth?

 6      A    How long I hadn't had none?

 7      Q    Right.

 8      A    It's going on since about close to a year now.

 9      Q    And how long before that had you been doing it?

10      A    Sir?

11      Q    How long before that had you been doing it?

12      A    How long I been doing it?

13      Q    Since you were a kid?

14      A    Huh?

15      Q    Since you were a kid?

16      A    Kid?  No.  About -- I guess about a year or two

17  years, you know.

18      Q    So one or two years before you stopped is when

19  you started doing it.

20      A    Sir?

21      Q    You had only been doing it for one or two years

22  total?

23      A    Yes, sir.

24      Q    Did you have a problem with any other drugs?

25      A    No, sir.
```

CHRISTOPHER LUKE    February 26, 2015

```
 1        Q    What about marijuana?

 2        A    No, sir.

 3        Q    Is that something you still use from time to

 4   time?

 5        A    No, sir, I don't use that no more.  I'm drug

 6   free.

 7        Q    Have you been drug free for the whole past

 8   year?

 9        A    Yes, sir.

10        Q    After this incident happened in May 2013, after

11   that I know you said that you used meth for a while.

12   Were you using any other drugs during that time period?

13        A    Sir?

14        Q    Were you using anything besides meth after this

15   incident at the jail?

16        A    No, sir.

17        Q    Just meth?

18        A    Yes, sir.

19        Q    And are you on any kind of prescription

20   medicine today?

21        A    No, sir.

22        Q    Have you ever had to go into rehab for drug

23   use?

24        A    No, sir.

25        Q    All right.  I'm going to ask you some questions
```

CHRISTOPHER LUKE      February 26, 2015

Page 31

1    about this incident that happened at the jail.  I

2    understand it happened on May 28, 2013.  Does that sound

3    right to you?  May 28, 2013?

4          A    Yes, sir, I think so.

5          Q    How long had you been at the jail before this

6    incident happened?  How long had you been there?

7          A    How long I been there?

8          Q    Yes, sir.

9          A    Two days.

10         Q    And while you were at the jail, where were you

11   housed?  Were you housed in the same place the whole

12   time?

13         A    My house?

14         Q    No, where inside the jail were you being

15   housed?

16         A    I don't know, sir.

17         Q    Was there a particular housing unit at the

18   Neshoba County Jail that you were assigned to?

19         A    I don't know.

20         Q    Okay.  Well, you said you had been there for

21   two days.

22         A    Yes, sir.

23         Q    Were you kept in the same place at the jail for

24   the whole two days you had been there?

25         A    Yes, sir.

CHRISTOPHER LUKE     February 26, 2015

Page 32

1      Q      You hadn't been moved to different parts of the
2    facility?
3      A      No, sir.
4      Q      And the place you were kept, can you tell me
5    about that?  Like describe how it's set up.
6      A      I don't know, sir.
7      Q      Okay.  Why don't you just tell me what you
8    remember about the day this incident happened.
9      A      I don't remember nothing.  I mean, I really
10   don't.
11     Q      Okay.  What's the last thing you remember
12   before this incident happened?
13     A      Talking on the phone.
14     Q      Okay.  So you remember talking on the phone at
15   the jail that day.
16     A      Yeah.
17     Q      Do you remember anything else after that?
18     A      No, sir.
19     Q      Have you watched the surveillance video of this
20   incident?
21     A      No, sir.
22     Q      Did you know there was surveillance video of
23   the incident?
24     A      Yes, sir.
25     Q      You just haven't watched it yet?

CHRISTOPHER LUKE     February 26, 2015

Page 33

1      A     I ain't watched it.   I don't want to watch it.

2      Q     Where are the phones located -- or how many

3   phones are in that unit?

4      A     How many phones in there?

5      Q     Right.

6      A     It's two phones.

7      Q     And where are they located?

8      A     Inside the I guess A -- you know, you got one

9   in A Block, got one in B Block, C Block.   I was in one of

10   them blocks, you know, and each block got two phones.

11      Q     Which block were you in?

12      A     I don't remember, sir.

13      Q     And the way that the block is set up, are

14   there -- is there a day room?

15      A     Yes, sir.

16      Q     And then there's cells too?

17      A     Yes, sir.

18      Q     Okay.   And so the phone is out in the day room.

19      A     Yes, sir.

20      Q     How long -- do you remember when you were at

21   the Neshoba County Jail on that particular occasion how

22   long you were out in the day room that day?   Or when did

23   you come out of your cell that day?

24      A     After lunch.

25      Q     And when did this incident happen?

CHRISTOPHER LUKE     February 26, 2015

Page 34

```
 1        A    I don't know, sir.

 2        Q    Or how long after lunch were you using the

 3   phone?

 4        A    I really don't remember, sir.

 5        Q    Okay.  Do you remember how many hours a day you

 6   could come out of the cell into the day room?

 7        A    You came after lunch.

 8        Q    And how long did y'all usually get out of your

 9   cell?

10        A    I don't know, sir.  Ain't no -- it ain't no

11   clocks back there, you know what I mean?  You don't --

12        Q    Just whenever they tell you.

13        A    Yes, sir.

14        Q    Okay.  Do you remember how many guys were

15   housed back there with you in that block?

16        A    No, sir.

17        Q    Who were you talking with on the phone that day

18   that you remember?

19        A    My wife.

20        Q    Do you remember anything particular about your

21   conversation with her?

22        A    I sure don't.

23        Q    Do you remember it being a heated conversation

24   or a loud conversation?

25        A    No, sir.  I really don't remember nothing.
```

CHRISTOPHER LUKE      February 26, 2015

1      Q      Do you remember if there were any officers

2  present in the day room when you were on the phone?

3      A      No, sir.

4      Q      Were there officers usually present?

5      A      Sir?

6      Q      Were the officers usually present?

7      A      Presents?

8      Q      The officers, were they usually around when you

9  were out in the day room?

10     A      I don't know, sir.  You know, they got that day

11 room, you know what I mean?  They got the cameras and

12 stuff, you know, but --

13     Q      Okay.  How often would the officers be in the

14 block where you were?

15     A      I don't know, sir.

16     Q      But they would come in from time to time?

17     A      Huh?

18     Q      Would they come in from time to time?

19     A      I don't know, sir.

20     Q      You don't remember?

21     A      No, sir.

22     Q      Okay.  And do you know the name of the inmate

23 that attacked you?

24     A      I sure don't, sir.

25     Q      Well, let me ask you this, let me back up.  I

CHRISTOPHER LUKE     February 26, 2015

Page 36

1    may have put the cart before the horse, but do you

2    remember getting hit by another inmate while you were

3    housed at the jail on May 28, 2013?

4         A    No, sir.  I just know I got hit on the left

5    side.  I don't remember who done it or nothing, you know

6    what I mean?  Don't remember nothing.

7         Q    And you never saw it coming?

8         A    No, sir.

9         Q    And the records we have indicate that the

10   inmate who hit you was a guy named William Smith or

11   Willie Smith?

12        A    Yes, sir.

13        Q    Do you know who that is?

14        A    No, sir.

15        Q    Do you remember him from before this incident

16   while you were housed --

17        A    No, sir.

18        Q    -- back there?

19        A    No, sir.

20        Q    Did you have any reason to know that he was

21   going to attack you that day?

22        A    No, sir.

23        Q    Had you had any prior problems with him?

24        A    No, sir.

25        Q    He had never made any threats towards you?

CHRISTOPHER LUKE        February 26, 2015

```
 1       A    No, sir.

 2       Q    And had you ever talked to any of the jail

 3   officers about that inmate?

 4       A    No, sir.

 5       Q    On the video it looks like after you hung up

 6   the phone, you were talking with another guy right before

 7   you got hit.  Do you have any idea who that might've

 8   been?

 9       A    No, sir.  I don't remember nothing.

10       Q    This guy Willie Smith that hit you while you

11   were back there in the block, have you talked to him at

12   all since this incident?

13       A    No, sir.

14       Q    And you don't know why he would've hit you?

15       A    I sure don't, sir.

16       Q    Had you had any problems with any of the other

17   inmates that were back there?

18       A    No, sir.

19       Q    And you hadn't requested to be kept in a

20   separate part of the facility by yourself, had you?

21       A    Sir?

22       Q    You hadn't requested to be kept in a separate

23   part of the facility all by yourself, had you?

24       A    No, sir.

25       Q    Do you remember what happened after this guy
```

CHRISTOPHER LUKE      February 26, 2015

Page 38

1    hit you?

2        A    No, sir.

3        Q    Do you remember what physical problems you were

4    experiencing right after he hit you?

5        A    I don't remember nothing.

6        Q    Do you remember any of the officers coming to

7    respond to the situation?

8        A    I sure don't.

9        Q    Do you remember any of the officers trying to

10   help you?

11       A    I sure don't, sir.

12       Q    Or any of the officers trying to get you out of

13   the block and into a --

14       A    I don't remember nothing.

15       Q    Do you remember fighting back when the officers

16   tried to help you get out of the zone?

17       A    No, sir.

18       Q    Do you remember swinging at the officers or

19   trying to bite the officers as they tried to put

20   handcuffs on you?

21       A    No, sir, I sure don't.

22       Q    Do you remember anything about being escorted

23   from your cellblock to a holding cell out in the booking

24   area at the jail?

25       A    No, sir.

CHRISTOPHER LUKE          February 26, 2015

1      Q      Do you remember anything about the officers

2  taking you to the shower after this incident to get

3  cleaned up?

4      A      No, sir.

5      Q      Do you remember anything about the officers

6  trying to get the handcuffs off of you after this

7  happened?

8      A      I don't remember.

9      Q      And as we sit here today, you don't know

10 whether any of those things happened or not, do you?

11     A      Sir?

12     Q      Do you know whether any of those things I just

13 described happened or not?

14     A      Describe what?

15     Q      You don't know whether any of those things

16 happened or not because you just don't remember.  Right?

17     A      I just don't remember nothing.

18     Q      Okay.  What's the next thing you remember after

19 talking on the phone?

20     A      After I remember?  What now?

21     Q      You said the last thing you remember before

22 this happened was talking on the phone.  Right?

23     A      I was talking on the phone.

24     Q      What's the next thing after that that you

25 remember happening?

CHRISTOPHER LUKE      February 26, 2015

Page 40

```
 1        A     After?  I remember the ambulance coming picking

 2    me up.

 3        Q     Do you remember when that was?

 4        A     I sure don't.

 5        Q     Do you remember anything before the ambulance

 6    coming to pick you up?

 7        A     No, sir.

 8        Q     Do you remember anything about banging your

 9    head on the wall in the holding cell at the jail?

10        A     No, sir.

11        Q     You don't remember any of the officers coming

12    in to get you to stop doing that?

13        A     No, sir.

14        Q     You don't know why you would've done that?

15        A     I don't remember none of it, sir.

16        Q     Okay.  So your testimony is you don't remember

17    anything from being on the phone in your cellblock --

18        A     Yeah, after I got hit, I just don't remember

19    nothing.  I really don't.

20        Q     Until the time the ambulance came.

21        A     Yes, sir.

22        Q     Do you remember the police chief from

23    Philadelphia, the police chief coming to visit you at the

24    jail to see --

25        A     No, sir.
```

Merrill Corporation - Chicago
(312) 386-2000                          www.merrillcorp.com

CHRISTOPHER LUKE     February 26, 2015

Page 41

```
 1      Q     -- how you were doing?

 2      A     (Shakes head negatively.)

 3      Q     You don't?

 4            MR. WALLER:  Answer out.

 5      A     No, sir.

 6  BY MR. GRIFFIN:

 7      Q     Do you remember the nurse coming to see you at

 8  the jail?

 9      A     No, sir.

10      Q     Did you tell any of the jail officers that you

11  needed medical attention?

12      A     No, sir.

13      Q     When the ambulance came, what kind of physical

14  problems were you having at that time?

15      A     My head hurting.

16      Q     Okay.  Anything besides your head hurting?

17      A     No, sir.

18      Q     Did you tell anybody at the jail that your head

19  was hurting?

20      A     Sir?

21      Q     Did you tell anybody that your head was hurting

22  at the jail?

23      A     I don't remember, sir.

24      Q     Do you know why you were taken by the ambulance

25  to the hospital that day?
```

CHRISTOPHER LUKE       February 26, 2015

Page 42

```
 1        A    No, sir.

 2        Q    And what happened once you got to the hospital?

 3        A    They was checking everything, you know.   They

 4   took me a CAT scan, you know.   That's about all I

 5   remember.

 6        Q    Did you have any problems talking to the

 7   doctors?

 8        A    I really don't remember nothing.   I mean, it's

 9   like I went blank, you know what I mean?

10        Q    Do you remember what they found wrong with you

11   at Neshoba hospital?

12        A    I don't remember.

13        Q    And I have the medical records that your

14   attorney has sent to us.

15        A    Yes, sir.

16        Q    And I know that you're not going to remember

17   all the details from your medical treatment.   I'm just

18   trying to find out what you recall about that time.

19   Okay?

20        A    I really don't remember nothing.   That's

21   something -- you know, I always remember things, but I

22   don't remember nothing.   I mean, it's just like I went

23   blank.

24        Q    All right.   And I understand you got

25   transferred from Neshoba County Hospital over to Anderson
```

CHRISTOPHER LUKE     February 26, 2015

Page 43

```
1    Medical Center in Meridian.   Do you remember that?

2         A    No, sir.

3         Q    Do you remember going to the hospital in

4    Meridian?

5         A    I remember the hospital.   I don't remember what

6    hospital, but I know it was a hospital.

7         Q    All right.   Do you know why you got transferred

8    over there?

9         A    I don't.

10        Q    What do you remember about your time at the

11   hospital in Meridian?

12        A    I don't remember there.

13        Q    Do you remember how long you were there?

14        A    Sure don't.

15        Q    Or what they did for you?

16        A    I really don't know.

17        Q    In your discovery responses you mentioned

18   something about a guy named Nick Walker.   He's one of the

19   folks that works for the county.

20        A    Who?

21        Q    Nick Walker?

22        A    Yes, sir.

23        Q    That he came to your house to see you?

24        A    Yes, sir.

25        Q    Was that the day you got home from the
```

1    hospital?

2         A    I don't know when, but I know my daddy told me

3    that a dude from the jail came, you know.  I don't know

4    who it was or nothing.

5         Q    Were you friends with Nick Walker?

6         A    No, sir.

7         Q    So you didn't know who it was.

8         A    No, sir.

9         Q    All right.  Was that around the time you came

10   home from the hospital?

11        A    I really don't know, sir.

12        Q    Okay.  In your discovery responses it says that

13   Nick Walker came over as soon as you got home from the

14   hospital that day and came to check on you.  What do you

15   remember about him coming over and talking to you that

16   day?

17        A    I don't know.  Like I said, he talked to my

18   daddy, you know.

19        Q    Did he ever talk to you?

20        A    No, sir.  Like I say, I don't remember nothing,

21   you know.

22        Q    Were you there when he talked to your dad?

23        A    Yes, sir.

24        Q    What all did he say?

25        A    I don't know, sir.

CHRISTOPHER LUKE     February 26, 2015

Page 45

1     Q    You don't remember?

2     A    No, sir.

3     Q    Have you talked to any -- have you talked to

4  anybody from the jail since this incident?

5     A    No, sir.

6     Q    When was the first time that you started

7  experiencing hearing loss?  Like when was the first time

8  you noticed that you had problems hearing?

9     A    I guess when I come back from the hospital, you

10 know.

11    Q    Did you have any problems hearing while you

12 were at the hospital?

13    A    I think so.  I guess that's why I went to the

14 hospital, you know.  I don't know.  I know I hear good

15 before, you know.

16    Q    After you got home from the hospital, what

17 other treatment after that do you remember having?

18    A    I don't remember, sir.

19    Q    There were some notes in your records about

20 going back to the hospital in Meridian a couple weeks

21 after that.  Do you remember what that was for?

22    A    No, sir.

23    Q    And in July, this is a couple months after this

24 incident, you went to see Dr. Mickey Wallace?

25    A    Yes, sir.

CHRISTOPHER LUKE      February 26, 2015

```
 1        Q     That's here in Jackson?

 2        A     Yes, sir.

 3        Q     Why did you go see him?

 4        A     I guess for my hearing, I guess.

 5        Q     And did your hearing improve?

 6        A     No, sir.

 7        Q     After seeing Dr. Wallace?

 8        A     No, sir.

 9        Q     Not at all?

10        A     (Shakes head negatively.)

11        Q     Tell me about your hearing.  Like what types of

12   problems are you having with your hearing?

13        A     I can't hear nothing out of this ear.

14        Q     Out of your left ear?

15        A     Yes, sir.  That's why I'm always turning right

16   to you, you know, trying my best to hear, you know, every

17   word you're saying, you know.

18        Q     Right.  What about your right ear?

19        A     My right ear is pretty good.  It's just my left

20   ear.

21        Q     And your left ear, that's the one where you got

22   hit?

23        A     Yes, sir.

24        Q     And I've got the records that were produced to

25   us today from Dr. House's office from your visit
```

CHRISTOPHER LUKE     February 26, 2015

```
1    yesterday.
2         A    Yes, sir.
3         Q    Between August 2013 and yesterday, had you been
4    to any other doctor for your hearing loss or other
5    problems?
6         A    I went to two hearing doctors, you know.
7         Q    Okay.  Who else did you go to?
8         A    That one and it's another one.  I don't know
9    the name of them.
10        Q    Could it be Dr. Wallace --
11        A    Yeah --
12        Q    -- in Jackson?
13        A    -- might be Dr. Wallace.
14        Q    That's the guy you saw a couple years ago?
15        A    Yes, sir.
16        Q    Other than those two, is there anybody else
17   you've been to?
18        A    No, sir.
19        Q    And until yesterday, was Dr. Wallace the last
20   person you had seen about your ears?
21        A    Dr. House?
22        Q    Well, you went to Dr. House yesterday.
23        A    Yeah, uh-huh.
24        Q    Had you been to see Dr. House at any point
25   before yesterday?
```

```
 1        A     No, sir.

 2        Q     So before yesterday, when's the last time you

 3   saw somebody about your ears?

 4        A     I seen somebody yesterday, Dr. House.

 5        Q     Before yesterday.

 6        A     No, sir.

 7        Q     When was it before yesterday that you saw

 8   somebody?  A couple years ago?

 9        A     Yes, sir.

10        Q     That's what I was just trying to make sure.

11        A     Yes, sir.  I was making sure I could hear you

12   because, I mean, it's hard for me to hear.

13        Q     I understand.  Let me show you some pictures

14   that were produced to us.  It looks like pictures of the

15   injuries that you had.  And these are marked as Luke 0235

16   through Luke 0240.  Let me just hand these pictures to

17   you first.  And if you could, just look through those

18   pictures, and let me know if you recognize what those

19   pictures are.

20        A     That's where I got hit on the left side.

21        Q     All right.  So this --

22        A     My neck, yeah.

23        Q     This is Luke 0235, and this is where you got

24   hit on the left side?

25        A     Yes, sir.
```

CHRISTOPHER LUKE     February 26, 2015

1    Q    And this is on your neck?

2    A    Yes, sir, right here.  That look like my ear.

3    Q    Okay.  And this is 234 -- let me see it real

4    quick.  So I guess the pictures are 234 through 240.

5    A    And I got hit again behind my ear right there.

6    Q    And this looks like your right ear, though.

7    A    Sir?

8    Q    Your right ear.  Is this right ear?

9    A    It's left ear.

10   Q    All right.  And then 236 is -- is that you?

11   A    Yeah, that's me.

12   Q    And that's around your left eye?

13   A    Yes, sir.

14   Q    And do you know what that was from?

15   A    I don't remember, sir.

16   Q    Do you remember getting hit at all by your

17   right ear?

18   A    I sure don't, sir.

19   Q    Or do you remember having an injury to the

20   right side of your head?

21   A    No, sir.

22   Q    Just the left side of your head.

23   A    Yes, sir.  And here's just some more pictures.

24   Q    This is 237.  Do you know what that's a picture

25   of?

CHRISTOPHER LUKE     February 26, 2015

Page 50

```
 1        A    Look like it's the back of my head and look

 2   like behind my shoulder, look like.

 3        Q    So like on your --

 4        A    The left side.

 5        Q    Your neck area?

 6        A    On the right side look like right there.

 7   Right?

 8        Q    Okay.

 9        A    That's behind on my shoulder.

10        Q    And then 238?

11        A    That picture, I don't know what that is.

12        Q    You don't know what's in 238?

13        A    Look like another mark.

14        Q    You don't know where that is or what that's

15   from?

16        A    I sure don't, sir.

17        Q    Okay.  And then 239, do you know what that's

18   from or what that's a picture of?

19        A    Look like my head.

20        Q    Your forehead?

21        A    Look like my forehead right there, because my

22   eyebrow is right there.

23        Q    Okay.  And do you know what these marks are

24   from or what caused that?

25        A    I sure don't, sir.  I don't remember.
```

CHRISTOPHER LUKE     February 26, 2015

Page 51

1    Q    And then 240, what's that a picture of?

2    A    I don't know.  Look like somewhere on the head

3    because there's a lot of hair there.  Or chest.

4    Q    Do you know who took these pictures?

5    A    Who took them pictures?

6    Q    Right.

7    A    My daddy.

8    Q    He did?

9    A    Yes, sir.

10   Q    Do you know when he took those pictures?

11   A    I guess when I went to the hospital that day,

12   sir.

13   Q    Do you remember him taking pictures at the

14   hospital?

15   A    I don't remember nothing, sir.

16   Q    But is this what it looked like right after it

17   happened?

18   A    Yes, sir.

19   Q    It doesn't --

20   A    While I was in the hospital, sir.

21   Q    And you're pointing to these like on No. 235

22   there's a bandage or something like that?

23   A    Yeah, one of them little things they put on

24   your chest to make sure you're -- I guess you're

25   breathing and stuff.

CHRISTOPHER LUKE     February 26, 2015

Page 52

1        Q     Make sure your heart is beating.

2        A     I guess so, sir.

3        Q     Do you still have any scars from this incident?

4        A     I don't guess, sir.

5        Q     You don't know of any?

6        A     No, sir.

7        Q     Tell me about your visit yesterday to

8    Dr. House.  What was the purpose of going to see

9    Dr. House yesterday?

10       A     See if he could get my hearing back.  But he

11   said it ain't no good, you know.  Have to have a hearing

12   aid.  Have to have a hearing aid for the right side and

13   have a transmitter that transmit everything from the left

14   side to the right side.  And the transmitter is $750, and

15   the hearing aid is about 3,000.

16       Q     Was that the main reason to go see Dr. House

17   was about getting a hearing aid?

18       A     See about my hearing, you know.

19       Q     And why did you pick Dr. House?

20       A     Huh?

21       Q     Why did you pick Dr. House to go see?

22       A     Why?

23       Q     Why did you go see him?

24       A     Because he supposed to be the best hearing

25   doctor, you know, in Jackson.  Everybody said, you know,

CHRISTOPHER LUKE      February 26, 2015

Page 53

1    if anybody can do anything, it'd be Mr. House.

2        Q    And it looks like he gave you a prescription?

3        A    No, that's the kind of hearing aid, sir.

4    That's the kind of hearing aid I need.

5        Q    Do you have to have a prescription to get a

6    hearing aid?

7        A    No, sir.  He just wrote the kind down where I

8    go somewhere, you know, show them that to get the right

9    kind.

10       Q    And he said you just needed a hearing aid for

11   the right ear.  Right?

12       A    Yeah, right ear, and the transmitter, you know,

13   goes on this side, transmits everything from the left

14   side to the right side where I hear everything like you

15   do.

16       Q    Right, so you can hear things coming from the

17   left side.

18       A    Yes, sir.

19       Q    That you may not hear as well just from the

20   right.

21       A    Yes, sir.

22       Q    And do you plan to get a hearing aid and

23   transmitter?

24       A    Sir?

25       Q    Are you planning on getting a hearing aid and

CHRISTOPHER LUKE     February 26, 2015

1   transmitter?

2        A    I ain't got no money.  You know, I'm going try

3   to get one, you know.  That's the cost of it right there.

4        Q    Right.  Okay.  Mr. Luke, have you had any

5   treatment with a psychiatrist since the incident?

6        A    What you mean?

7        Q    A psychiatrist?

8        A    No, sir.

9        Q    Or a psychologist?

10       A    No, sir.

11       Q    I guess what I'm asking is:  Have you seen any

12   doctor about depression?

13       A    Depression?  What you mean?

14       Q    Depression, feeling depressed.  Have you seen a

15   doctor about being depressed?

16       A    Depressed?  I ain't depressed.

17       Q    You're not depressed?

18       A    No, sir.

19       Q    Or anxious?

20       A    No, sir.

21       Q    Are you still dealing with any problems related

22   to your injuries other than the hearing loss?

23       A    Just hearing.

24       Q    Okay.  And you said you're not taking any

25   medicine right now.  Right?

CHRISTOPHER LUKE      February 26, 2015

```
1        A      No, sir.

2        Q      Is there -- other than from your hearing, being

3    able to hear the same as you did before, is there

4    anything else that you can't do now that you could do

5    before this incident happened?

6        A      It's just hard to hear, you know, when somebody

7    talking, you know.

8        Q      Are there --

9        A      I can do everything, you know what I mean?

10       Q      You can do everything that you did before; it's

11   just a matter of being able to hear while you do it?

12       A      Uh-huh.

13       Q      Is that right?

14       A      Yeah, I can't hear, you know.

15       Q      Well, does not being able to hear as well, does

16   that prevent you from doing things that you could do

17   before?

18       A      I mean, I can still do it, I mean.

19       Q      Have you attempted to work anywhere since this

20   happened?

21       A      I tried to get a job, but nobody -- it's hard

22   to get a job, you know, can't hear.

23       Q      Where all have you tried to get jobs at?

24       A      I tried Choctaw Tribe at the job center.  I

25   tried all the pawnshops.
```

CHRISTOPHER LUKE     February 26, 2015

Page 56

1      Q     Okay.   Anywhere else?

2      A     No, sir.

3      Q     And when's the last time you applied for a job?

4      A     I don't remember, sir.

5      Q     Any time in the last year?

6      A     Yeah, I mean, since all this happened, you

7   know.

8      Q     And this happened almost two years ago now.

9      A     About a year.

10     Q     Have you tried getting jobs doing like

11   carpenter work or things like that, remodeling?

12     A     I've tried, you know, talked to people, but

13   everybody said they don't need no help, you know.

14     Q     So it's they don't need help; not necessarily

15   because of your hearing.

16     A     I guess so.

17     Q     And in the records that we have for Neshoba

18   County Hospital, there were some other ER visits that you

19   had before this incident, and I was going to ask you

20   about those, if you remember them.   One was in

21   January 2013.   Do you remember what that was about, about

22   four months before this incident happened?

23     A     No, sir.

24     Q     And there was a couple in April of 2013 about a

25   month before this incident.   Do you know what those were

CHRISTOPHER LUKE     February 26, 2015

1    about?

2         A    No, sir.

3         Q    And then you had another one in December of

4    2013 at the ER there at the hospital in Philadelphia.   Do

5    you know what that one was about?

6         A    No, sir.

7         Q    And then there was another one in April of

8    2014, about a year ago.   Do you know why you went to the

9    ER in April of 2014?

10        A    No, sir.

11        Q    And these are just from looking at your bills.

12   I don't have records of these incidents.

13        A    Yes, sir.

14        Q    But the bill for April of 2014 said that you

15   got sutures and gauze for it looked like maybe an injury

16   to your arm.   Do you remember anything about that?

17        A    Sir?

18        Q    Do you ever remember getting stitches?

19        A    Stitches?   Yes, sir.

20        Q    When was that?

21        A    I don't know when.

22        Q    What did you have to get stitches for?

23        A    Somebody hit me on the head right there.

24        Q    What happened in that incident?

25        A    Somebody came in the house with a gun, and I

CHRISTOPHER LUKE      February 26, 2015

Page 58

```
 1    told him, I said, "Get out of my house with the gun," you

 2    know, because I got kids, you know.  Then he hit me with

 3    the gun right there.

 4         Q    Where on your head did he hit you?

 5         A    Huh?

 6         Q    Where did he hit you?

 7         A    Right in the head right here.

 8         Q    And you're pointing to your forehead kind of on

 9    the right side?

10         A    Yes, sir.

11         Q    And you don't remember when that was?

12         A    No, sir.

13         Q    And this --

14         A    I guess that day I went -- you said on that

15    date.  I don't know when.  You just said a date just

16    then.

17         Q    Yeah, well, there's -- it looks like there's

18    two different visits to the ER in April of 2014, one on

19    April 19th and one on April 27th.  Do you remember going

20    two different times?

21         A    No, sir.

22         Q    Do you remember going just one time?

23         A    I don't remember.

24         Q    So what kind of injuries did you have when the

25    guy came in your house and hit you with the gun?
```

CHRISTOPHER LUKE      February 26, 2015

```
 1        A     Got stitches.

 2        Q     Did you get diagnosed with any other problems?

 3        A     No, sir.

 4        Q     Did you have a concussion?

 5        A     No, sir.

 6        Q     You just had to get stitches on your head?

 7        A     Yes, sir.

 8        Q     And did you have the stitches taken out after

 9   that?

10        A     Yes, sir.

11        Q     At the hospital?

12        A     Yes, sir.

13        Q     Okay.  So that may have been --

14        A     Yes, sir.

15        Q     When you went back to the hospital.

16        A     Yes, sir.

17        Q     And do you know who it was that broke in your

18   house?

19        A     Unh-unh.

20        Q     Do you know if that person ever got caught?

21        A     Yeah, I think he did.  He got charged for it,

22   you know.

23        Q     Did you ever have to go testify against him?

24        A     Sir?

25        Q     Did you ever testify against him?
```

CHRISTOPHER LUKE        February 26, 2015

Page 60

```
 1        A    Yes, sir.

 2        Q    You did?

 3        A    Yes, sir.

 4        Q    Was that in court?

 5        A    Yes, sir.

 6        Q    Where was that at?

 7        A    Philadelphia.

 8        Q    And was it at a trial or just at a hearing or

 9   what do you remember about that?

10        A    I don't remember.  I just -- I guess at the

11   courtroom, you know.

12        Q    Was there a jury there?

13        A    I don't know, sir.

14        Q    You don't know all the details.

15        A    (Shakes head negatively.)

16        Q    And that was after this incident at the jail.

17   Right?

18        A    I think so.

19        Q    Was that while you were in your house or after

20   you moved to your parents' house?

21        A    That was in my house.

22        Q    And you don't know why he was coming in your

23   house?

24        A    No, sir.

25        Q    Let me make sure I've got everybody that you've
```

1    seen medical-wise --

2        A    Yes, sir.

3        Q    -- regarding the incident at the Neshoba County

4    Jail.  You went to Neshoba County Hospital; Anderson

5    hospital in Meridian; you saw Dr. Wallace at the Ear,

6    Nose, and Throat Group here in Jackson; and then you saw

7    Dr. House yesterday here in Jackson.

8        A    Yes, sir.

9        Q    Is there anybody else you've seen as a result

10   of the incident at the jail?

11       A    No, sir.

12       Q    There were some folks listed in your discovery

13   responses that may be witnesses, and I want to ask you

14   about them.  Okay?  One of them is Robert Sloan.  You

15   listed him as an inmate.

16       A    Yes, sir.

17       Q    Do you know who that is, Robert Sloan?

18       A    He was a inmate, you know.

19       Q    What information would he have about your

20   lawsuit?

21       A    He might've seen what happened, you know.

22       Q    Do you know who Robert Sloan is?

23       A    No, sir.

24       Q    You're not friends with him?

25       A    Other than the same inmate -- I mean in the

CHRISTOPHER LUKE      February 26, 2015

Page 62

```
 1    same cell with him.   That's all I remember.
 2         Q     The same cell while you were housed at the jail
 3    on this particular occasion when you got hurt?
 4         A     Yes, sir.
 5         Q     Have you talked to him since this incident?
 6         A     No, sir.
 7         Q     Has he written any statements or given any
 8    statements like that?
 9         A     I don't know, sir.
10         Q     What about Raymond Bolder?
11         A     Who?
12         Q     Raymond Bolder?   Looks like he was an inmate
13    too.
14         A     I don't know.
15         Q     You don't know who that is?
16         A     No, sir.
17         Q     There's a guy named Michael McDoodle?
18         A     I don't know.
19         Q     Okay.   You don't know if he's an inmate or
20    somebody else?
21         A     I don't know, sir.
22         Q     And you had Bill Cox, the former police chief?
23         A     Yes, sir.
24         Q     What information would he have about this
25    lawsuit?
```

CHRISTOPHER LUKE     February 26, 2015

Page 63

1      A    I don't know, sir.

2      Q    And you sued a bunch of folks from Neshoba

3    County.  Let me ask you about each one of them to the

4    best you can.  Okay?

5      A    Yes, sir.

6      Q    And I know you're not a lawyer and that kind of

7    thing, but I'm just asking, you know, why you have sued

8    each of these people.  Sheriff Tommy Waddell, what's the

9    basis of your claim against the sheriff?

10     A    I don't know.

11     Q    What did he do that caused you to get hurt?

12     A    I don't know.

13     Q    What about Jimmy Reid?  He's a jail

14   administrator.

15     A    No, sir.

16     Q    What did he do or not do that caused you to get

17   hurt?

18     A    I don't know.

19     Q    And Nick Walker, Nick Walker, one of the

20   officers at the jail, what did he do or not do that

21   caused you to get hurt?

22     A    I don't know.

23     Q    Harvey Hickman, he's another guy that works at

24   the jail, what did he do?

25     A    I don't know.  I don't remember nothing there.

CHRISTOPHER LUKE     February 26, 2015

```
 1       Q     Billy Guess, what about him, what did he do?
 2       A     I don't know.
 3       Q     Josh Burt?
 4       A     I don't know, sir.
 5       Q     Ken Spears?
 6       A     I don't know.
 7       Q     And Angel Crockett?
 8       A     I don't know.
 9       Q     Have you -- is today the first time you've
10  heard a lot of these names?
11       A     Yes, sir.
12       Q     And one of the claims in your lawsuit is that
13  some or all of these officers used unnecessary or
14  excessive force against you while you were there at the
15  jail.  Do you know what officers would've done that?
16       A     I don't know.
17       Q     And then you sued Neshoba County.  Why did you
18  sue Neshoba County?
19       A     I got hurt, my ear and stuff.
20       Q     It's because Neshoba County is the one that
21  operates the jail?
22       A     Yes, sir.
23       Q     And because these folks you sued work for
24  Neshoba County?
25       A     Sir?
```

CHRISTOPHER LUKE      February 26, 2015

Page 65

1      Q      Is it because the folks that you sued, the

2   people that work at the jail, that's who they work for is

3   Neshoba County?

4      A      I don't know, sir.

5      Q      Your medical bills that you had because of this

6   incident, have those been paid?

7      A      No, sir.

8      Q      So all those bills, have you been getting

9   collection letters or letters --

10     A      Yes, sir.

11     Q      -- from the hospital?  Do you know how much you

12  owe?

13     A      Unh-unh.

14     Q      Mr. Luke, we had talked about when you got

15  fired from the pawnshop at McKee's, that was around

16  October of 2012, and this incident at the jail happened

17  in May of 2013.

18     A      Yeah.

19     Q      So that was about seven months or so in

20  between.  What did you do during that time between

21  leaving McKee's and the time that this incident happened?

22  Like what did you do on a day-to-day basis?

23     A      Day-to-day basis?

24     Q      Yeah.

25     A      Nothing.

CHRISTOPHER LUKE     February 26, 2015

Page 66

1      Q     You were just hanging out at home?

2      A     Yeah.

3      Q     Did you ever go through any periods of like

4   withdrawal from drug use?

5      A     No, sir.

6      Q     How often were you using meth during that time

7   period?  How often did you use it?

8      A     How often I use it?

9      Q     Like how many times a week would you use meth

10   before this incident happened?

11      A     I didn't use it much, you know, just one time,

12   you know, in the morning, that was it.

13      Q     One time per day?

14      A     Yeah.

15      Q     Was it pretty much every day, just one time in

16   the morning?

17      A     One time in the morning.

18      Q     But that was pretty much every day?

19      A     Yeah.

20      Q     Do you have any plans to go see any other

21   doctors about your hearing loss right now?

22      A     No, sir.

23      Q     And as we sit here today, do you have any

24   reason to believe that the officers at the Neshoba County

25   Jail mistreated you in any way while you were there?

CHRISTOPHER LUKE      February 26, 2015

Page 67

1        A     Sir?

2        Q     Do you have any reason to believe that the

3   officers at the jail mistreated you in any way while you

4   were there?

5        A     I don't know.  I can't -- I don't remember.

6             MR. GRIFFIN:  All right.  That's all the

7        questions I have.

8             MR. WALLER:  I do not have any questions.

9             MR. GRIFFIN:  You're done.  Thank you.

10             Do you want to ask about reading and signing?

11             MR. WALLER:  He'll waive.

12             THE REPORTER:  Do you need a copy of this?

13             MR. WALLER:  Not -- I'll let you know if I do.

14             THE REPORTER:  Thank you.

15             (Deposition concluded at 3:28 p.m.)

16

17

18

19

20

21

22

23

24

25

68

```
 1                    CERTIFICATE OF REPORTER

 2

 3        I, LORI P. GALLASPY, Registered Professional

 4   Reporter and Notary Public in and for the State of

 5   Mississippi, do hereby certify that the above and

 6   foregoing pages contain a full, true, and correct

 7   transcript of the deposition of CHRISTOPHER LUKE,

 8   taken in the aforenamed case at the time and place

 9   indicated, which proceedings were recorded by me to

10   the best of my skill and ability.

11        I also certify that I placed the witness under

12   oath to tell the truth and that all answers were

13   given under that oath.

14        I also certify that I have no interest,

15   monetary or otherwise, in the outcome of this case.

16        I also certify that reading and signing was

17   waived by plaintiff's counsel.

18        This the 9th day of March, 2015.

19

20                              LORI P. GALLASPY, RPR, CSR

21

22

23

24

25
```