Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


CHRISTOPHER C. LUKE                                    PLAINTIFF


VS.                        CIVIL ACTION NO. 3:14cv240 DPJ-FKB


NESHOBA COUNTY, MISSISSIPPI, ET AL.                   DEFENDANTS

_____

DEPOSITION OF JOSHUA BURT
_____


Taken at the instance of the Plaintiff at

Wade White, PLLC

501 West Main Street

Philadelphia, Mississippi

Wednesday, April 1st, 2015

Commencing at 1:42 p.m.




\*\*\*\*\*\*\*\*

Reported by:

Katherine Lusk, CCR 1731

EXHIBIT "J"

Page 2

```
 1              APPEARANCES
 2
 3   COUNSEL FOR THE PLAINTIFF:
 4    ROBERT O. WALLER, ESQUIRE
      WALLER & WALLER
 5    220 South President Street
      Jackson, Mississippi 39201
 6    Post Office Box 4
      Jackson, Mississippi 39205-0004
 7    Phone: (601) 354-5252
      Fax: (601) 354-2681
 8    bobwaller@wallerandwaller.com
 9
10   COUNSEL FOR THE DEFENDANTS:
11    STEVEN J. GRIFFIN, ESQUIRE
      DANIEL COKER HORTON & BELL
12    4400 Old Canton Road, Suite 400
      Jackson, Mississippi 39211-5982
13    4400 Old Canton Road, Suite 400
      Jackson, Mississippi 39211-5982
14    Phone: (601) 969-7607
      Fax: (601) 969-1116
15    sgriffin@danielcoker.com
```

Page 3

```
 1              INDEX
 2
 3   Style.................................1
 4   Appearances...........................2
 5   Index.................................3
 6   Examination by Mr. Waller.............4
 7   Certificate of the Court Reporter....11
 8   Certificate of the Deponent..........12
```

Page 4

 1  JOSHUA BURT,
 2  having first been duly sworn, was examined and testified
 3  as follows:
 4      MR. WALLER: This deposition of Joshua Burt is
 5  being taken pursuant to notice and the Rules of Civil
 6  Procedure. Objections except as to form shall be
 7  reserved until the trial of the matter.
 8              EXAMINATION
 9  BY MR. WALLER:
10      Q. Please state your name as it -- on your birth
11  certificate.
12      A. Joshua Burt.
13      Q. What is your home address?
14      A. 11101 County Road 763 in Philadelphia,
15  Mississippi.
16      Q. How long have you lived there?
17      A. Approximately 16 years.
18      Q. 16?
19      A. Yes.
20      Q. Where were you born?
21      A. Here in Neshoba County.
22      Q. Okay. Date of birth?
23      A. 4/27/1979.
24      Q. High school?
25      A. 12th grade, graduated.

Page 5

 1      Q. Okay. Any other education?
 2      A. No, sir.
 3      Q. Work history?
 4      A. I have been employed as a 911 dispatcher. I
 5  started in about '98. From there, I went to the
 6  Philadelphia Police Department where I was employed for
 7  six years. I worked with the state with the MDOT office
 8  for a year, and I've been employed with the Neshoba
 9  County Sheriff's Department for approximately seven
10  years.
11      Q. What do you do now?
12      A. I'm a deputy, a deputy sheriff.
13      Q. Okay.
14      A. I answer calls, road deputy.
15      Q. Patrol officer?
16      A. Yes.
17      Q. Do you have any duties at the jail?
18      A. No, sir.
19      Q. Have you ever worked in the jail?
20      A. No, sir.
21      Q. Are you married?
22      A. Yes.
23      Q. Wife's name?
24      A. Christina Burt, B-U-R-T.
25      Q. Children?

2 (Pages 2 to 5)

Page 6

1  A. Three.
2  Q. Names and ages.
3  A. Joshua Michael Burt, he is 15. Ryan James Burt
4  is 11, and Zach -- Zachary Burt is four.
5  Q. Have you given a deposition before?
6  A. No, sir.
7  Q. Okay. What do you know about Christopher Luke
8  and his altercation he had with the jailers on May the
9  28th, 2013?
10  A. We received a call to come assist at the jail.
11  Upon me getting there, there was four of the jail staff,
12  Jimmy Reed, I think Mr. Harvey Hickman, Mr. Billy Guess,
13  and Nick -- Nick Walker, they had Mr. Luke down in the
14  floor. He was -- he was struggling with them, and they
15  escorted him to the booking area.
16  Q. When you arrived, what -- what -- did they have
17  him restrained at that point?
18  A. They had him on the floor. I'm not sure if they
19  had handcuffs on him at that point or not.
20  Q. Were you required to assist in any way?
21  A. I was not at that time, no.
22  Q. Okay. So you just observed what was going on?
23  A. Correct. Correct.
24  Q. Did you have any involvement with Chris later
25  after he was moved to the detox room?

Page 7

1  A. I went in the cell of -- they -- on an attempt to
2  get Mr. Luke restrained, they had placed both -- or a
3  set of handcuffs on one arm, and we was trying to figure
4  out how to get those cuffs off, but I did not physically
5  put hands or anything like that. I was just observing.
6  Q. Did you -- were you there when they removed it
7  from his arm, the cuffs?
8  A. No.
9  Q. You left about at that point?
10  A. Yeah.
11  Q. Okay. And were they -- were they -- did you
12  observe Chris and the officers in an altercation?
13  A. I did. Now, like I said, when I first got there
14  in the back, they already had him on the ground.
15  Q. Right.
16  A. And then, like I said, whenever they started
17  towards the booking area, he struggled a little bit.
18  They winded up toting him to booking, but after that, I
19  did not see any type of altercation. I believe I did
20  give Jimmy Reed a set of my handcuffs back there in the
21  back --
22  Q. Yeah.
23  A. -- to restrain him with.
24  Q. Did you give a statement to anybody about what
25  you saw?

Page 8

1  A. No, sir, I did not.
2  Q. Have you seen the video?
3  A. Yes.
4  Q. Do you get called often to the jail for backup?
5  A. Not all that often, no, sir.
6  Q. How many times since this event have you been
7  called in?
8  A. Maybe once or twice.
9  Q. Okay. Did you know Chris Luke?
10  A. I've had prior dealings with him, yes, sir.
11  Q. Did he seem to be acting out abnormally that day?
12  A. Chris could go from, you know, nice and polite
13  to -- just depending on his mood. He's got a past
14  history of drug use.
15  Q. Have you had any altercations with him?
16  A. Not that I recall, I don't.
17  Q. How long did it take you to get to the jail from
18  the time you received the call for backup?
19  A. I do not remember that at all. I don't remember
20  where I was at when the call come out.
21  Q. Do you have -- have you talked to Angel Crockett
22  about this matter?
23  A. No, sir, I have not.
24  Q. Okay. Have you talked to anybody else about it?
25  A. We had a meeting up there at this office last

Page 9

1  week.
2  Q. Okay. Who all was present at the meeting?
3  A. Wade, this gentleman, and Mr. Hickman come in,
4  Mr. Walker come in, Ken Spears was here, and I think
5  Jimmy Reed come in towards the end right before I left.
6  Q. How long did the meeting last?
7  A. 30 minutes, maybe, I believe.
8  Q. Were you able to add anything to the
9  conversation?
10      MR. GRIFFIN: I'm going to object and instruct
11  him not to answer because any conversations would be
12  privileged.
13  BY MR. WALLER:
14  Q. Are you aware of Chris Luke's injuries?
15  A. No, sir, I'm not.
16  Q. Are you trained to use a taser?
17  A. Yes, sir, I am.
18  Q. Do you carry one with you all the time?
19  A. Yes, sir.
20  Q. Is that why they called you in, to use the taser?
21  A. No, sir. I mean, we don't -- we don't get called
22  in just specifically to use tasers.
23  Q. Okay. Nobody in the jail has one, though?
24  A. Not to my knowledge, they don't.
25  Q. Did you see Chris the next day, the Wednesday

## Page 10

1  following the Tuesday event?
2  **A. No, sir, I didn't.**
3  Q. Did you see him Thursday before he was released?
4  **A. No, sir. As a general rule of thumb, if I was**
5  **working Tuesday, I would have been off Wednesday and**
6  **Thursday the way our schedules fall.**
7  Q. Okay. So what was the total time you were at the
8  jail that day on -- on Tuesday?
9  **A. Sir, I --**
10  Q. Thirty minutes?
11  **A. -- I have no idea.**
12  Q. You left before they got the handcuffs off of
13  him, we determined that?
14  **A. Yes.**
15  Q. And when you left, was Chris cooperative at that
16  point?
17  **A. I think he was still somewhat irate, but, I mean,**
18  **like I said, when we come out of there, and they shut**
19  **the door, and I left, and I had no more dealings with**
20  **him after that.**
21      MR. WALLER: I tender the witness.
22      MR. GRIFFIN: I don't have any questions.
23         (DEPOSITION CONCLUDED AT 1:54 P.M.)
24             ************
25

## Page 11

CERTIFICATE OF THE COURT REPORTER

I, Katherine Lusk, Court Reporter and Notary Public, and for the State of Mississippi, hereby certify that the foregoing contains a true and correct transcript in the aforementioned matter at the time and place heretofore stated, as taken by stenotype and later reduced to typewritten form under my supervision by means of computer-aided transcription.

I further certify that I placed the witness under oath to truthfully answer all questions in this matter under the authority vested in me by the State of Mississippi.

I further certify that I am not in the employ of or related to any counsel or party in this matter and have no interest, monetary or otherwise, in the final outcome of this matter.

Witness my signature and seal this the _____ day of _____, 2015.

/s/Katherine Lusk_____
Katherine Lusk, CCR # 1731

My Commission Expires:
November 6, 2015

## Page 12

CERTIFICATE OF THE DEPONENT
DEPONENT: Joshua Burt
DATE: April 1st, 2015
CASE STYLE: Christopher C. Luke vs. Neshoba County, Mississippi, et al.

I, the above-named deponent in the deposition taken in the herein styled and numbered cause, certify that I have examined the deposition taken on the date above as to the correctness thereof, and that after reading said pages, I find them to contain a full and true transcript of the testimony as given by me.
Subject to those corrections listed below, if any, I find the transcript to be the correct testimony I gave at the aforestated time and place.

| Page | Line | Comments |
|------|------|----------|
| ____ | ____ | _____ |
| ____ | ____ | _____ |
| ____ | ____ | _____ |
| ____ | ____ | _____ |
| ____ | ____ | _____ |
| ____ | ____ | _____ |
| ____ | ____ | _____ |
| ____ | ____ | _____ |

This the ____ day of _____, 2015.

_____
Joshua Burt

State of Mississippi
County of _____

Subscribed and sworn to before me, this the _____ day of _____, 2015.

My Commission Expires:
_____  _____
                    Notary Public