LUKE, CHRISTOPHER C
NANNEY, JAMES    05/30/2013
M   34   Y
6
10408266         MER

## Neshoba County General Hospital
### EMERGENCY PHYSICIAN RECORD
### ♦ Altered Mental Status ♦

45

TRIAGE TIME: 1035
TIME IN ROOM: 1035    ROOM #: ED2   ☐ on arrival
HISTORIAN: patient  spouse  (paramedics)  NH records
AGE: 34  (M) / F    RACE: W
___ HX / ___ EXAM LIMITED BY: _____    EMS Arrival
TRANSFER FROM: _____    ☐ see transfer record

**HPI**

**chief complaint:** decreased mental status / (confusion) Battles sign behind Rt ear
low blood sugar / diabetic  (fever)
**onset / duration:** several n/a lethargic  2 min / hrs / (days ago)  gradual-onset / sudden-onset
this AM/PM
upon waking   cannot confirm onset   gone now   intermittent
better   continues in ED   more than 3 hours   constant

**character of altered mental status:**
disoriented / confused / combative / agitated / trouble concentrating
unresponsive / seizure activity / decreased responsiveness

In Jail for past 3 days—
Altercation on 5.28.13
+ another error/AR

**context:**
nursing home resident / chronic dementia / depression
found unresponsive / unknown duration 2 days
by nursing home staff   bystander   family: _____
dextrostick PTA ( _____ )   given D50 / Narcan PTA
good / marginal / no response
recent / heavy alcohol intake   ( beer / wine / liquor )
last drink: _____
drug abuse / overdose
trauma head injury   possible
infection / other family members sick
new medications

Usually-
**Cognition**
alert, (oriented x3)
alert but confused
alert but disoriented to time
poor alertness

**Gait**
walks w/o assistance
unable to walk
uses a cane / walker
walks only w/ assistance

**associated symptoms:**
recent illness / fever
recent injury
chest pain
neck / back pain
trouble breathing
abdominal pain
nausea / vomiting

new weakness
decreased ability to stand / walk
weak   difficult   off balance
cannot walk   cannot stand   falling
fainting / dizziness
involuntary movements / seizure
headache

Similar symptoms previously _____
Recently seen / treated by doctor / hospitalized _____

**ROS**
EYES
problems with vision _____
ENT
sore throat _____
trouble swallowing _____
CVS
palpitations _____
RESP
(cough) _____
GU
problems urinating _____
LNMP _____ preg  post-menop

GI
diarrhea
black stools
MS
joint pain
SKIN
rash
LYMPH
swollen glands
ankle swelling
PSYCH
anxiety / depression

☒ except as marked positive, all systems above reviewed and found negative

•CONST / CVS / RESP / NEURO components also addressed in HPI

**PAST HX**  __ no chronic diseases
cardiac disease  Afib CAD CHF MI
diabetes  Type 1  Type 2 _____
diet / oral / insulin _____
hypertension _____
confusion / dementia _____
CVA / TIA   deficit _____
head trauma _____
overdose _____
seizure disorder _____
psychiatric disorder _____
schizoph. / bipolar / depression
___ old records reviewed / summary: _____
Drug Abuse
Childhood Seizures

asthma / COPD
hepatitis / HIV
hyperlipidemia
insect bite
GI bleeding

**Surgeries / Procedures** __ none
appendectomy _____           hysterectomy / BTL _____
cardiac bypass / stent _____   pacemaker _____
cholecystectomy _____          tonsillectomy _____
Hernia repair

Immunizations: influenza / pneumovax  UTD / referred to PCP _____
Medications  (none)  see nurses note    Allergies  (NKDA)
aspirin   coumadin   clopidogrel       see nurses note

**SOCIAL HX**  smoker past  ppd / past / quit ___ days / mos / yrs ago
drugs  meth past    alcohol (recent / heavy / occasional)

**FAMILY HX**  CVA  CAD  (HTN)  cerebral aneurysm
DM

x _Ann Richardson RN_ Nurse    _____ MD
HISTORY- Nurse sign after recording ROS, PFSH; Physician initial after reviewing
with patient and confirming or revising

Circle (positives)  backslash negatives, check √ normals

EXHIBIT P

Luke 0197

© 1996 - 2010 T-System, Inc.

HISTORY AND PHYSICAL EXAMINATION

ANDERSON REGIONAL MEDICAL CENTER
MERIDIAN, MS 39301

| | | | |
|---|---|---|---|
| Patient Name: | LUKE,CHRISTOPHER C | Location: | IC |
| Patient DOB: | /78 | Room #: | 0116 |
| Attending Physician: | Malloy,David MD | Acct #: | J19398528 |
| Admission Date: | 05/30/13 | Unit #: | M00632356 |

DATE: 05/30/2013

**REASON FOR ADMISSION:** HEAD TRAUMA

**HISTORY:** 34 year old male seen initially at Neshoba General Hospital Emergency Room this morning with history of headaches. The patient was apparently incarcerated in Philadelphia since 05/24/13 for "possession of meth". According to family members he was "okay" at the time of his arrest but they have not seen him for a couple of days until today. The patient cannot recall any trauma to the head but he is somewhat vague about his history. He complains of headache with nausea and photophobia. He has no complaints of weakness or numbness. The family notes that he has been "sleepy".

**REVIEW OF SYSTEMS:** No chest pain or shortness of breath. No abdominal discomfort.

**PAST MEDICAL HISTORY:** Negative for heart disease, hypertension or diabetes.

**SOCIAL HISTORY:** Denies alcohol intake and he is a nonsmoker. He and his wife do use methamphetamine (the patient both smokes and injects it) and they have been doing so for at least a year.

**MEDICATIONS:** No long-term meds.

**ALLERGIES:** None.

PHYSICAL EXAMINATION

VITAL SIGNS: Blood pressure 110/70, heart rate is 60 per minute. Oxygen saturation 98%. He is afebrile.

CHEST EXAMINATION: Reveals good air entry equal bilaterally with no adventitious noises.

HEART: Sounds are normal with no bruits in the carotids.

ABDOMEN: Soft and nontender with normal guarding or rigidity. Bowel sounds are present.

EXTREMITIES: Reveal no obvious deformities.

There is an old bruise on the dorsal thoracic area in a right paramedian location. There is a small abrasion in the right upper quadrant of the abdomen. There is some bruising in the right ear lobe and the skin just behind the right ear.

From a Neurologic prospective he is drowsy but he easily arousable. He keeps his eyes closed but does open them to voice. Pupils react equally. Extraocular movements are full. Tongue protrudes in the midline. Facial sensation is within normal limits. Tympanic membranes are normal. He is oriented to place and person but not to time. He moves all four limbs well with equal strength. Normal grip to the outstretched upper extremities is noted. Sensory examination is normal to light touch bilaterally in the upper and lower extremities. Plantar responses downgoing.

HISTORY AND PHYSICAL EXAMINATION

ANDERSON REGIONAL MEDICAL CENTER
MERIDIAN, MS 39301

| | | | |
|---|---|---|---|
| Patient Name: | LUKE,CHRISTOPHER C | Location: | IC |
| Patient DOB: | ▮▮▮78 | Room #: | 0116 |
| Attending Physician: | Malloy,David MD | Acct #: | J19398528 |
| Admission Date: | 05/30/13 | Unit #: | M00632356 |

Investigations include CT scan of the brain (performed at Neshoba General Hospital). This reveals right frontal and right temporal contusions with some surrounding low density compatible with edema. There is no shift of the midline structures. Ventricles and cisterns are normal. CT scan of the cervical spine was performed at Anderson Hospital is normal. Chest x-ray is unremarkable.

Lab data reveals negative urine drug screen. He has mildly elevated white count of 15,000. Hemoglobin and hematocrit are normal. Platelet count is normal. Slightly elevated INR at 1.16 is noted. Electrolytes are within normal limits. Slight elevation of SGOT is noted and the remainder of his liver function appears within normal limits.

IMPRESSION: TRAUMATIC RIGHT FRONTAL AND TEMPORAL CONTUSION.

RECOMMENDATIONS: The patient is being admitted to the hospital for observation. No immediate need for surgical intervention. Observe for changes in mental status, seizures, development of focal signs.

ADDENDUM: The patient does have a past medical history of "seizures" many, many years ago. He took Phenobarbital for a while but is not on any medications at this time.

Malloy,David MD

MALDA /VM
DICT: 05/30/13    TIME: 1720
TRANS: 05/31/13   TIME: 1259

HISTORY AND PHYSICAL UPDATE: (If done prior to date of admission)
 [] H&P was reviewed, the patient was examined and there are no changes in the patient's condition since the H&P was completed.
 [] H&P was reviewed, the patient's condition revealed the following changes:

 [] Addition(s) to current H&P due to missing element(s), if applicable: _____

Signature: _____    Date: _____    Time: _____

Patient Name: LUKE,CHRISTOPHER C                Room#: 0116        Acct#: J19398528
Attending Physician: Malloy,David MD                               Unit#: M00632356
Dictating Physician: Malloy,David MD

DISCHARGE SUMMARY

ANDERSON REGIONAL MEDICAL CENTER
MERIDIAN, MISSISSIPPI  39301

Patient Name:        LUKE, CHRISTOPHER C
Patient DOB:         ▇▇/▇▇/78                           Acct#: J19398528
Attending Doctor:    Malloy, David MD                   Unit#: M00632356
Admission Date:      05/30/13                           Discharge Date: 06/03/13

ADMITTED:   05/30/2013
DISCHARGED: 06/03/2013

DISCHARGE DIAGNOSIS:  RIGHT FRONTAL TEMPORAL CONTUSION

OPERATIVE PROCEDURE:  NONE

This is a 34 year old right-handed white male who was initially evaluated at Neshoba General Hospital for complaints of headache. He had been incarcerated in the local jail since 05/24/13 for possession of methamphetamine. There appears to have been some sort of traumatic event during the course of his incarceration. He was taken to his local hospital because of progressively increasing headache and drowsiness. He was found to have right frontal temporal contusions. He was transferred to Anderson Hospital for further evaluation.

His examination was nonfocal with respect to motor and sensory function. He was quite drowsy but arousable to voice. He did have right frontal and temporal contusions on CT scan. There was some edema surrounding the contusions. He was admitted to the hospital for observation. His neurologic status and vital signs remained relatively stable during the course of his hospital stay. Level of consciousness gradually improved to the point where at discharge he was awake, oriented and speaking appropriately without focal neurologic deficit. He did have some swelling and redness to both the right elbow region with a small pustule. He was placed on some Keflex empirically for this. At discharge he was given a prescription for Keflex 500 mg q.i.d. He was advised to use Tylenol for headache. He was not given any narcotic prescriptions. He was cautioned to return to the Emergency Room if he has any increasing headache or develops any focal neurologic signs. He will be seen in my clinic in two weeks time with a follow up CT scan of the brain. He was advised to avoid the use of illegal medications. He was advised to avoid any heavy strenuous physical activity.

CONDITION AT DISCHARGE: Stable.

/
_____
Malloy, David MD

MALDA/VM
DICT:  06/03/13     TIME: 0832
TRANS: 06/06/13     TIME: 1256
ESIGN:                                                                      /

Patient Name:        LUKE, CHRISTOPHER C               Acct#: J19398528
Attending Doctor:    Malloy, David MD                  Unit#: M00632356
Dictating Doctor:    Malloy, David MD
Discharge Date:      06/03/13                          Location: 3E

Discharge Summary - Additional copy          Luke 0101          Page 1 of 1

# Ear, Nose & Throat Surgical Group
*An affiliate of St. Dominic Medical Associates*

Bryan M. Clay, MD
Beverly C. Fulcher, MD
James D. Gordon, MD
Kyle F. Gordon, MD
Jess C. Roberts, MD
Mickey P. Wallace, MD

August 5, 2013

RE:  Christopher Luke
DOB:  ▓▓/78

To Whom It May Concern:

Mr. Luke has been seen in the office on two occasions and brought by both his parents. His first visit was on 7/17/13 and subsequent visit was on 8/01/13. On his initial visit, the history was primarily given by the parents. On the subsequent visit, they are here as well and they have brought paperwork with medical records from his most recent medical facilities, which are Neshoba County General Hospital and Jeff Anderson Hospital in Meridian. Based on the information by the patient and his parents and these medical records, it appears that the patient was a jail inhabitant in Neshoba County at the onset of his medical situation. Apparently, there was an altercation within the jail and he was subsequently found to be somnolent and initially taken to the Neshoba County Hospital. He was found to have some degree of intracranial trauma, with a right frontal and temporal contusion and transferred to Jeff Anderson Hospital where he was seen by the neurosurgery people there, Dr. David Malloy, and managed for several days.

His physical injuries noted were that he had a bruising around the right earlobe and behind the right ear consistent with Battle's signs. A CT scan did indicate right frontal and right temporal contusions, and he is also noted to have a left temporal bone fracture. The patient states at that time that he was under medical care, he noted that his hearing was completely nonfunctional in either ear. He could hearing nothing in the left ear, but gradually over a period of a week or so began to get some hearing back in the right ear.

He has had two audiograms, or hearing tests, done at our facility and both tympanograms were normal, consistent with intact tympanic membranes. He has a consistent sensorineural or nerve hearing loss. The left ear is completely non-functional, which would be consistent with a temporal bone fracture. The right ear shows a significant bell-shaped curve with sensorineural hearing loss at the low frequencies and very severe in the high frequencies, with the best hearing at 1000Hz in the discrimination level of 80%.

To summarize, it appears that this patient has significant cerebral trauma with a left temporal bone fracture and right temporal bone trauma with subsequent complete loss of hearing in the left ear, which is not recoverable. He has some functional hearing in the right ear and this all does appear to be of an acute onset secondary to the recent trauma.

I hope this information is helpful and feel free to contact this office if further information is needed.

Best regards,

*Mickey Wallace MD*

Mickey P. Wallace, M.D.

MPW:amts/18.06

Luke 0224

970 Lakeland Drive, Suite 40 • Jackson, MS 39216 • Phone: (601) 200-4850 • 1-800-221-8310