UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHRISTOPHER C. LUKE                                                               PLAINTIFF

v.                                                        CIVIL ACTION NO. 3:14cv240-DPJ-FKB

NESHOBA COUNTY, MISSISSIPPI, et al.                                        DEFENDANTS

JUDGMENT

For the reasons given in the Order entered this date, the Court finds this action should be dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 22nd day of March, 2016.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE